B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meldahl, Steven F** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8768** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**18407 Bearpath Trail**<br>**Eden Prairie, MN**<br>ZIP Code **55347** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Meldahl, Steven F** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Meldahl, Steven F**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**   **/s/ Steven F Meldahl**
Signature of Debtor   **Steven F Meldahl**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 12, 2012**
Date

### Signature of Attorney*

**X**   **/s/ Steven B. Nosek**
Signature of Attorney for Debtor(s)

**Steven B. Nosek 79960**
Printed Name of Attorney for Debtor(s)

**Steven B. Nosek, P.A.**
Firm Name

**Attorney at Law**
**2855 Anthony Lane S, #201**
**St. Anthony, MN 55418**
Address

                   **Email: snosek@visi.com**
**612-335-9171  Fax: 612-789-2109**
Telephone Number

**December 12, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Minnesota

In re  **Steven F Meldahl**　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Steven F Meldahl**
**Steven F Meldahl**

Date: **December 12, 2012**

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## District of Minnesota

In re  **Steven F Meldahl**                                                             Case No.
                                    Debtor(s)                                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bridgewaters Bank** **3800 American Blvd W #100** **Bloomington, MN 55431** | **Bridgewaters Bank** **3800 American Blvd W #100** **Bloomington, MN 55431** | **SEE ATTACHED EXHIBIT A TO SCHEDULE B** | | **250,000.00** **(225,000.00 secured)** |
| **City of Eden Prairie** **8080 Mitchell Road** **Eden Prairie, MN 55344** | **City of Eden Prairie** **8080 Mitchell Road** **Eden Prairie, MN 55344** | | **Disputed** | **1,359.75** |
| **City of Minneapolis** **City Hall - Room 304** **350 South 5th Street** **Minneapolis, MN 55415** | **City of Minneapolis** **City Hall - Room 304** **350 South 5th Street** **Minneapolis, MN 55415** | | **Disputed** | **121,744.91** |
| **Colonial Country Club** **9181 Independence Way** **Fort Myers, FL 33913** | **Colonial Country Club** **9181 Independence Way** **Fort Myers, FL 33913** | | | **4,101.07** |
| **David Shalman Law Office** **1005 W. Franklin Ave, #3** **Minneapolis, MN 55405** | **David Shalman Law Office** **1005 W. Franklin Ave, #3** **Minneapolis, MN 55405** | | | **17,201.75** |
| **France Avenue Physicians** **7250 France Ave, #410** **Edina, MN 55435** | **France Avenue Physicians** **7250 France Ave, #410** **Edina, MN 55435** | | **Disputed** | **1,150.00** |
| **Hennepin County** **A600 - Government Center** **300 S 6th Street** **Minneapolis, MN 55487** | **Hennepin County** **A600 - Government Center** **300 S 6th Street** **Minneapolis, MN 55487** | **Property Taxes - Homestead - 18407 Bearpath Trail, Eden Prairie, MN** | | **15,506.73** |
| **Hennepin County** **A600 - Government Center** **300 S 6th Street** **Minneapolis, MN 55487** | **Hennepin County** **A600 - Government Center** **300 S 6th Street** **Minneapolis, MN 55487** | **NH-Residential Property: 2442-15th Ave., S., Minneapolis, MN Property ID: 35-029-24-13-0328** | | **14,111.00 (205,500.00 secured) (322,000.00 senior lien)** |
| **Latoya Martin** **3850 Bryant Avenue N** **Minneapolis, MN 55412** | **Latoya Martin** **3850 Bryant Avenue N** **Minneapolis, MN 55412** | | **Disputed** | **1,250.00** |
| **Les James Roofing** **941 W 80th Street** **Bloomington, MN 55420** | **Les James Roofing** **941 W 80th Street** **Bloomington, MN 55420** | | **Disputed** | **7,500.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Steven F Meldahl**                                      Case No.
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Macy's** <br> **PO Box 689195** <br> **Des Moines, IA 50368-9195** | **Macy's** <br> **PO Box 689195** <br> **Des Moines, IA 50368-9195** | | | **2,979.27** |
| **MidCountry Bank, fsb** <br> **14617 Highway 7** <br> **Minnetonka, MN 55345** | **MidCountry Bank, fsb** <br> **14617 Highway 7** <br> **Minnetonka, MN 55345** | **Rental Properties: 3709-2nd Avenue S., Minneapolis, MN - Market Value: $100,000.00 Property ID: 03-028-24-43-0015 Legal Description: Channells 2** | | **322,000.00** <br><br> **(205,500.00 secured)** |
| **National Exemption Svc Inc.** <br> **PO Box 9020** <br> **Clearwater, FL 33758** | **National Exemption Svc Inc.** <br> **PO Box 9020** <br> **Clearwater, FL 33758** | **Association Dues: $4,664.64 & $638.50** | **Disputed** | **5,303.14** |
| **Preserve Temple Terrace Condo** <br> **c/o Atlantic & Pacific Assoc.** <br> **622 Banyan Trail #150** <br> **Boca Raton, FL 33431** | **Preserve Temple Terrace Condo** <br> **c/o Atlantic & Pacific Assoc.** <br> **622 Banyan Trail #150** <br> **Boca Raton, FL 33431** | **HOA Fees #103 = $1,724.17 HOA Fees #203 = $1,724.17** | | **3,448.34** |
| **Private Bank** <br> **222 South 9th Street** <br> **Minneapolis, MN 55402** | **Private Bank** <br> **222 South 9th Street** <br> **Minneapolis, MN 55402** | **Homestead Location: 18407 Bearpath Trail, Eden Prairie MN 55347 Property ID: 19-116-22-24-0011 Legal Description: Bearpath Second Addition, Lot 0** | | **350,000.00** <br> **(900,300.00 secured)** <br> **(677,215.00 senior lien)** |
| **Signature Bank** <br> **9800 Bren Road, #200** <br> **Minnetonka, MN 55343-6400** | **Signature Bank** <br> **9800 Bren Road, #200** <br> **Minnetonka, MN 55343-6400** | | | **208,365.03** |
| **Stern Heating** <br> **12753 120th Avenue** <br> **Goodhue, MN 55027** | **Stern Heating** <br> **12753 120th Avenue** <br> **Goodhue, MN 55027** | | **Disputed** | **3,200.00** |
| **Target National Bank** <br> **c/o Payment Processing** <br> **PO Box 660170** <br> **Dallas, TX 75266-0170** | **Target National Bank** <br> **c/o Payment Processing** <br> **PO Box 660170** <br> **Dallas, TX 75266-0170** | **Judgment** | | **8,283.45** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Steven F Meldahl**                                                       Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **TCF Bank** **801 Marquette Avenue** **Minneapolis, MN 55402** | **TCF Bank** **801 Marquette Avenue** **Minneapolis, MN 55402** | **Office Space:** **7409 Hyde Park Drive, Edina, MN Property ID: 08-116-21-32-0035 Legal Description: Hyde Park Second Addition, Lot 006, Block 001, He** | | **560,000.00** **(414,000.00 secured)** |
| **Wachovia Mortgage Loan Modifications T7416-010 PO Box 659558 San Antonio, TX 78265-9558** | **Wachovia Mortgage Loan Modifications T7416-010 PO Box 659558 San Antonio, TX 78265-9558** | **Rental Property in FL:** **9086 Prosperity Way, Ft. Myers, FL Property ID: 35-44-25-P4-00200.0120 Legal Description: Colonial Country Club Par 118 PB** | | **358,367.00** **(295,594.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Steven F Meldahl**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 12, 2012**                              Signature    **/s/ Steven F Meldahl**
                                                                       **Steven F Meldahl**
                                                                       Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

ADAMS PEST CONTROL
BOX 233
MEDINA MN 55340



ALWAYS DRAINS LTD
135 E GOLDEN LAKE LANE
CIRCLE PINES MN 55014



BRIDGEWATERS BANK
3800 AMERICAN BLVD W #100
BLOOMINGTON MN 55431



CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440-1144



CHUBB INSURANCE
C/O NEXT WAVE SERVICES, LLC
402 W BROADWAY #740
SAN DIEGO CA 92101



CITY OF EDEN PRAIRIE
8080 MITCHELL ROAD
EDEN PRAIRIE MN 55344



CITY OF MINNEAPOLIS
CITY HALL - ROOM 304
350 SOUTH 5TH STREET
MINNEAPOLIS MN 55415



CITY OF MINNEAPOLIS
250 SOUTH 4TH ST, ROOM 230
MINNEAPOLIS MN 55415



COLONIAL COUNTRY CLUB
9181 INDEPENDENCE WAY
FORT MYERS FL 33913

```
CONDO & HOA LAW GROUP
2030 MC GREGOR BLVD.
FORT MYERS FL 33901



COUNTRY CLUB RENTALS, INC.
8961 DANIELS CENTER DR., #407
FORT MYERS FL 33912



DAVE'S FLOOR SANDING
1451 - 92ND LANE NE
BLAINE MN 55449



DAVID SHALMAN LAW OFFICE
1005 W. FRANKLIN AVE, #3
MINNEAPOLIS MN 55405



FRANCE AVENUE PHYSICIANS
7250 FRANCE AVE, #410
EDINA MN 55435



HENNEPIN COUNTY
A600 - GOVERNMENT CENTER
300 S 6TH STREET
MINNEAPOLIS MN 55487



JSRS CAPITAL LLC
261 SCHOOL AVE., SUITE 240
EXCELSIOR MN 55331



LABORATORY CORP OF AMERICA
BOX 2240
BURLINGTON NC 27216



LATOYA MARTIN
3850 BRYANT AVENUE N
MINNEAPOLIS MN 55412
```

```
LES JAMES ROOFING
941 W 80TH STREET
BLOOMINGTON MN 55420


MACY'S
PO BOX 689195
DES MOINES IA 50368-9195


MIDCOUNTRY BANK, FSB
14617 HIGHWAY 7
MINNETONKA MN 55345


NATIONAL EXEMPTION SVC INC.
PO BOX 9020
CLEARWATER FL 33758


PARK HEATING & COOLING INC.
7810 PARK DRIVE
CHANHASSEN MN 55317


PARK NICOLLET
CUSTOMER SERVICE
3800 PARK NICOLLET BLVD
ST. LOUIS PARK MN 55416-2699


PHILLIP & CANTINA TAYLOR
3022 GOLDEN VALLEY RD
MINNEAPOLIS MN 55422


PRESERVE TEMPLE TERRACE CONDO
C/O ATLANTIC & PACIFIC ASSOC.
622 BANYAN TRAIL #150
BOCA RATON FL 33431


PRIVATE BANK
222 SOUTH 9TH STREET
MINNEAPOLIS MN 55402
```

```
SAFECO INSURANCE
C/O BROWN & JOSEPH LTD.
BOX 59838
SCHAUMBURG IL 60159



SAMUEL J.H. SIGELMAN
LINDQUIST & VENNUM
80 S 8TH STREET, #4200
MINNEAPOLIS MN 55402



SIGNATURE BANK
9800 BREN ROAD, #200
MINNETONKA MN 55343-6400



STERN HEATING
12753 120TH AVENUE
GOODHUE MN 55027



SURFACE RENEW
9637 ANDERSON LAKES PKWY
#109
EDEN PRAIRIE MN 55344



TARGET NATIONAL BANK
C/O PAYMENT PROCESSING
PO BOX 660170
DALLAS TX 75266-0170



TCF BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402



WACHOVIA MORTGAGE
LOAN MODIFICATIONS T7416-010
PO BOX 659558
SAN ANTONIO TX 78265-9558
```

```
WYATT S. PARTRIDGE
FOLEY & MANSFIELD PLLP
250 MARQUETTE AVE #1200
MINNEAPOLIS MN 55401


XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477
```