B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Minnesota

In re    **Steven F Meldahl**      Case No.   **12-46965**

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bridgewaters Bank 3800 American Blvd W #100 Bloomington, MN 55431 | Bridgewaters Bank 3800 American Blvd W #100 Bloomington, MN 55431 | SEE ATTACHED EXHIBIT A TO SCHEDULE B | | 250,000.00 (225,000.00 secured) |
| City of Eden Prairie 8080 Mitchell Road Eden Prairie, MN 55344 | City of Eden Prairie 8080 Mitchell Road Eden Prairie, MN 55344 | | Disputed | 1,359.75 |
| City of Minneapolis City Hall - Room 304 350 South 5th Street Minneapolis, MN 55415 | City of Minneapolis City Hall - Room 304 350 South 5th Street Minneapolis, MN 55415 | | Disputed | 36,691.58 |
| City of Minneapolis City Hall - Room 304 350 South 5th Street Minneapolis, MN 55415 | City of Minneapolis City Hall - Room 304 350 South 5th Street Minneapolis, MN 55415 | | Disputed | 74,017.37 |
| Colonial Country Club 9181 Independence Way Fort Myers, FL 33913 | Colonial Country Club 9181 Independence Way Fort Myers, FL 33913 | | | 4,101.07 |
| David Shalman Law Office 1005 W. Franklin Ave, #3 Minneapolis, MN 55405 | David Shalman Law Office 1005 W. Franklin Ave, #3 Minneapolis, MN 55405 | | | 17,201.75 |
| Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | Property Taxes - Homestead - 18407 Bearpath Trail, Eden Prairie, MN | | 15,506.73 |
| Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | NH-Residential Property: 2442-15th Ave., S., Minneapolis, MN Property ID: 35-029-24-13-0328 | | 14,111.00 (205,500.00 secured) (322,000.00 senior lien) |
| Latoya Martin 3850 Bryant Avenue N Minneapolis, MN 55412 | Latoya Martin 3850 Bryant Avenue N Minneapolis, MN 55412 | | Disputed | 1,250.00 |
| Les James Roofing 941 W 80th Street Bloomington, MN 55420 | Les James Roofing 941 W 80th Street Bloomington, MN 55420 | | Disputed | 7,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Steven F Meldahl**                                                    Case No.    **12-46965**
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Macy's**<br>**PO Box 689195**<br>**Des Moines, IA 50368-9195** | **Macy's**<br>**PO Box 689195**<br>**Des Moines, IA 50368-9195** | | | 2,979.27 |
| **MidCountry Bank, fsb**<br>**14617 Highway 7**<br>**Minnetonka, MN 55345** | **MidCountry Bank, fsb**<br>**14617 Highway 7**<br>**Minnetonka, MN 55345** | **Rental Properties: 3709-2nd Avenue S., Minneapolis, MN - Market Value: $100,000.00 Property ID: 03-028-24-43-0015 Legal Description: Channells 2** | | 322,000.00<br><br>(205,500.00 secured) |
| **National Exemption Svc Inc.**<br>**PO Box 9020**<br>**Clearwater, FL 33758** | **National Exemption Svc Inc.**<br>**PO Box 9020**<br>**Clearwater, FL 33758** | **Association Dues: $4,664.64 & $638.50** | **Disputed** | 5,303.14 |
| **Preserve Temple Terrace Condo**<br>**c/o Atlantic & Pacific Assoc.**<br>**622 Banyan Trail #150**<br>**Boca Raton, FL 33431** | **Preserve Temple Terrace Condo**<br>**c/o Atlantic & Pacific Assoc.**<br>**622 Banyan Trail #150**<br>**Boca Raton, FL 33431** | **HOA Fees #103 = $1,724.17 HOA Fees #203 = $1,724.17** | | 3,448.34 |
| **Private Bank**<br>**222 South 9th Street**<br>**Minneapolis, MN 55402** | **Private Bank**<br>**222 South 9th Street**<br>**Minneapolis, MN 55402** | **Homestead Location: 18407 Bearpath Trail, Eden Prairie MN 55347 Property ID: 19-116-22-24-0011 Legal Description: Bearpath Second Addition, Lot 0** | | 350,000.00<br>(900,300.00 secured)<br>(677,215.00 senior lien) |
| **Signature Bank**<br>**9800 Bren Road, #200**<br>**Minnetonka, MN 55343-6400** | **Signature Bank**<br>**9800 Bren Road, #200**<br>**Minnetonka, MN 55343-6400** | | | 208,365.03 |
| **Stern Heating**<br>**12753 120th Avenue**<br>**Goodhue, MN 55027** | **Stern Heating**<br>**12753 120th Avenue**<br>**Goodhue, MN 55027** | | **Disputed** | 3,200.00 |
| **Target National Bank**<br>**c/o Payment Processing**<br>**PO Box 660170**<br>**Dallas, TX 75266-0170** | **Target National Bank**<br>**c/o Payment Processing**<br>**PO Box 660170**<br>**Dallas, TX 75266-0170** | **Judgment** | | 8,283.45 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Steven F Meldahl**            Case No.    **12-46965**

           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **TCF Bank**<br>**801 Marquette Avenue**<br>**Minneapolis, MN 55402** | **TCF Bank**<br>**801 Marquette Avenue**<br>**Minneapolis, MN 55402** | **Office Space:**<br>**7409 Hyde Park Drive, Edina, MN Property ID:**<br>**08-116-21-32-0035 Legal Description: Hyde Park Second Addition, Lot 006, Block 001, He** | | **560,000.00**<br><br>**(414,000.00 secured)** |
| **Wachovia Mortgage Loan Modifications T7416-010**<br>**PO Box 659558**<br>**San Antonio, TX 78265-9558** | **Wachovia Mortgage Loan Modifications T7416-010**<br>**PO Box 659558**<br>**San Antonio, TX 78265-9558** | **Rental Property in FL:**<br>**9086 Prosperity Way, Ft. Myers, FL Property ID:**<br>**35-44-25-P4-00200.0120 Legal Description: Colonial Country Club Par 118 PB** | | **358,367.00**<br><br>**(295,594.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, **Steven F Meldahl**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 17, 2012**            Signature    **/s/ Steven F Meldahl**

                                             **Steven F Meldahl**

                                             **Debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re   **Steven F Meldahl**                                    ,   Case No. _____**12-46965**_____

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 10 | 4,811,894.00 | | |
| B - Personal Property | Yes | 5 | 102,036.75 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,901,119.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 15,506.73 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 384,870.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 13,143.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 13,143.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 4,913,930.75 | | |
| Total Liabilities | | | | 3,301,495.89 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of Minnesota

In re   **Steven F Meldahl**

Debtor,

Case No. **12-46965**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Steven F Meldahl**                                                                    Case No.   **12-46965**
                                                                              ,
                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead**<br>**Location: 18407 Bearpath Trail, Eden Prairie MN 55347**<br>**Property ID:  19-116-22-24-0011**<br>**Legal Description:  Bearpath Second Addition, Lot 014, Block 002, Eden Prairie, State of Minnesota, Hennepin County** | **Owner** | - | **900,300.00** | **1,027,215.00** |
| **Rental Properties:**<br>**3311 Oakland Avenue South, Minneapolis, MN - Market Value:  $119,000.00**<br>**Property ID:  02-028-24-23-0159**<br>**Legal Description:  Nichols and Seager's Addition to Minneapolis, Lot 005, Block 006, City of Minneapolis, County of Hennepin, State of Minnesota; and** | **Owner** | - | **210,500.00** | **176,000.00** |
| **2018-11th Avenue South, Minneapolis, MN - Market Value:  $91,500.00**<br>**Property ID:  35-029-24-21-0062**<br>**Legal Description:  Herrick's Addition to Minneapolis, Lot 012, Block 002, City of Minneapolis, County of Hennepin, State of Minnesota** | | | | |
| **Rental Properties Located at:**<br>**2319 2319 Aldrich Avenue North, Minneapolis, MN**<br>**321 - 31st Avenue North, Minneapolis, MN**<br>**4411 Aldrich Avenue North, Minneapolis, MN**<br>**528 Morgan Avenue North, Minneapolis, MN and**<br>**2414 Logan Avenue North, Minneapolis, MN**<br>**SEE ATTACHED EXHIBIT A FOR FULL DESCRIPTION OF PROPERTIES AND VALUES** | **Owner** | - | **225,000.00** | **250,000.00** |

|  | Sub-Total > | **1,335,800.00** | (Total of this page) |
|---|---|---|---|

**1**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Steven F Meldahl**                                                    ,    Case No.    **12-46965**
                                     Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental Properties:**<br>**2815-14th Avenue S., Minneapolis, MN - Market Value: $82,000.00**<br>**Property ID: 35-029-24-43-0072**<br>**Legal Description: Merrian and Shaw's Addition to Minneapolis, South 1/2 of Lot 8, Block 2, Hennepin County, State of Minnesota; and**<br><br>**425 - 24th Avenu N., Minneapolis, MN - Market Value: $76,000.00**<br>**Property ID: 15-0029-24-22-0038**<br>**Legal Description:  Cobb's Addition to North Minneapolis, West 77 Feet of Lots 13 and 14, Block 8, Hennepin County, State of Minnesota** | **Owner** | - | **158,000.00** | **52,769.00** |
| **Rental Properties:**<br>**3709-2nd Avenue S., Minneapolis, MN - Market Value: $100,000.00**<br>**Property ID: 03-028-24-43-0015**<br>**Legal Description: Channells 2nd Addition to Minneapolis, Lot 014, Block 001, Hennepin County, State of Minnesota; and**<br><br>**2442 - 15th Avenue S., Minneapolis, MN - Market Value: $105,500.00**<br>**Property ID: 35-029-24-13-0328**<br>**Legal Description:  Gales 1st Addition to Minneapolis, That part of Lot 004, Block 007 Lying S of N 14.33 FT, Hennepin County, State of Minnesota** | **Owner** | - | **205,500.00** | **336,111.00** |
| **Office Space:**<br>**7409 Hyde Park Drive, Edina, MN**<br>**Property ID: 08-116-21-32-0035**<br>**Legal Description:  Hyde Park Second Addition, Lot 006, Block 001, Hennepin County State of Minnesota** | **Owner** | - | **414,000.00** | **560,000.00** |
| **Rental Property in FL:**<br>**9086 Prosperity Way, Ft. Myers, FL**<br>**Property ID: 35-44-25-P4-00200.0120**<br>**Legal Description:  Colonial Country Club Par 118 PB 72 Pgs 60-61 Lot 12, State of Florida** | **Owner** | - | **295,594.00** | **358,367.00** |
| **Rental Properties in MN & FL that do not have mortgages.  See Exhibit B attached to Schedule A.** | **Owner** | - | **2,403,000.00** | **0.00** |

|  | Sub-Total > | **3,476,094.00** | (Total of this page) |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property | Total > | **4,811,894.00** | |
|  |  | (Report also on Summary of Schedules) | |

| Property Description | Current Value | Secured Claim Amount |
|---|---|---|
| 2319 Aldrich Avenue North, Minneapolis, MN<br>Property ID:  16-029-24-11-0061<br>Legal Description:  Highland Park Addition to the City of Minneapolis, Lot 003, Block 012, Hennepin County, State of Minnesota | $45,000.00 | |
| 321 – 31st Avenue North, Minneapolis, MN<br>Property ID:  10-029-24-32-0095<br>Legal Description:  Morrison's Addition to North Minneapolis, E 45 Ft of W 85 FT of Lots 13 and 14, Block 011, Hennepin County, State of Minnesota | $50,000.00 | |
| 4411 Aldrich Avenue North, Minneapolis, MN<br>Property ID:  13-118-21-21-0013<br>Legal Description:  S.W. Pond's Addition to Minneapolis, Lot 008, Block 001, Hennepin County, State of Minnesota | $40,000.00 | |
| 528 Morgan Avenue North, Minneapolis, MN<br>Property ID:  21-029-24-32-0053<br>Legal Description:  Maben, White, and LeBron's Addition to Minneapolis, Lots 13 and 14, Block 005, Hennepin County, State of Minnesota | $45,000.00 | |
| 2414 Logan Avenue North, Minneapolis, MN<br>Property ID:  16-0029-24-22-0110<br>Legal Description:  Forest Heights, Lot 016, Block 008, Hennepin County, State of Minnesota | $45,000.00 | All 5 properties are secured with one loan in the amount of $250,000.00 |
| TOTAL: | $225,000.00 | $250,000.00 |

**EXHIBIT A TO SCHEDULE A**

**Exhibit B to Schedule A Meldahl Properties with No Mortgages in MN & FL**

| Address | Property ID | Legal Description | Current Value | Secured Claim Amt. |
|---|---|---|---|---|
| 2417 – 24th Ave N Minneapolis, MN | 17-029-24-11-0139 | Walton's North Side Addition to Minneapolis, Lot 8, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 1715 Thomas Ave N Minneapolis, MN | 17-029-24-42-0011 | Fairlawn Addition, Lot 011, Block 002, Hennepin County, State of Minnesota | 50,000.00 | 0.00 |
| 2610 Irving Ave N Minneapolis, MN | 09-029-24-34-0189 | Woodlawn Addition, Lot 017, Block 001, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 421 Morgan Ave N Minneapolis, MN | 21-029-24-32-0204 **JUDGMENT** | Maben, White and LeBron's Addition to Minneapolis, MN, Block 007, Lot 4 and N 26 Ft of Lot 5, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 819 Newton Ave N Minneapolis, MN | 21-029-24-23-0124 | Oak Park Addition to Minneapolis, Lot 010, Block 021, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2807 Knox Ave N Minneapolis, MN | 09-029-24-34-0109 **JUDGMENT** | Whitney and Gould's Subdivision of Lot "M" of Babbitts Outlots to the City of Minneapolis, Lot 007, Block 002, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2931 Oliver Ave N Minneapolis, MN | 09-029-24-32-0199 | Supplement to Forest Park Addition to Minneapolis, Lot 007, Block 004, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 317 - 23rd Ave N Minneapolis, MN | 15-029-24-22-0070 | Nickels and Smith's Addition to Minneapolis, Lot 021, Block 001, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 1646 Washburn Ave N Minneapolis, MN | 17-029-24-42-0130 | Highland Addition to Minneapolis, Lot 027, Block 001, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2306 James Ave N Minneapolis, MN | 16-029-24-23-0019 **JUDGMENT** | Forest Heights, Lot 023, Block 018, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 810 Newton Ave N Minneapolis, MN | 21-029-24-23-0159 | Oak Park Addition to Minneapolis, Lot 017, Block 022, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 1523 Morgan Ave N Minneapolis, MN | 16-029-24-33-0102 | Rosedale Park, Lot 003, Block 002, Hennepin County, | 30,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 4220 Irving Ave N Minneapolis, MN | 04-029-24-21-0025 | Berkeley, Lot 38 and S ½ of Lot 39, Block 001, Hennepin County, State of Minnesota | 40,000.00 | 0.00 |
| 2219 – 29th Ave N Minneapolis, MN (Duplex) | 08-029-24-44-0195 | Penn Avenue Addition to Minneapolis, Lot 030, Block 003, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2634 – 13th Ave N Minneapolis, MN | 35-029-24-42-0155 **JUDGMENT** | Wright's Addition to Minneapolis, Lot 002, Block 002, Hennepin County, State of Minnesota | 40,000.00 | 0.00 |
| 1714 Queen Ave N Minneapolis, MN | 17-029-24-41-0013 **JUDGMENT** | Eastlawn Addition to Minneapolis, Lot 015, Block 001, Hennepin County, State of Minnesota | 60,000.00 | 0.00 |
| 2942 Dupont Ave N Minneapolis, MN | 09-029-24-41-0114 **JUDGMENT** | Harmony Terrace, Lot 026, Block 004, Hennepin County, State of Minnesota | 40,000.00 | 0.00 |
| 2539 – 12th Ave S Minneapolis, MN | 35-029-24-13-0262 | Warnock & Latons Subdivision of Block Thirteen (13) of Gales First Addition, Lot 010, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3115 Thomas Ave N Minneapolis, MN | 08-029-24-42-0080 | Seallum Gates Third Addition to Minneapolis, Lot 004, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2315 Aldrich Ave N Minneapolis, MN | 16-029-24-11-0062 | Highland Park Addition to the City of Minneapolis, Lot 004, Block 012, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 3507 Morgan Ave N Minneapolis, MN | 09-029-24-22-0162 | Egbert's Second Addition to Minneapolis, Lot 014, Block 002, Hennepin County, State of Minnesota | 20,000.00 | 0.00 |
| 3455 James Ave N Minneapolis, MN | 09-029-24-21-0155 | Nimmons and Pratt's Addition to Minneapolis, Lot 002, Block 005, Hennepin County, State of Minnesota | 50,000.00 | 0.00 |
| 1518 Thomas Ave N Minneapolis, MN | 17-029-24-44-0176 **JUDGMENT** | W H Lauderdales Addition to Minneapolis, Lot 027, Block 001, Hennepin County, State of Minnesota | 50,000.00 | 0.00 |
| 3019 Colfax Ave N Minneapolis, MN | 09-029-24-41-0210 | The Oakland Addition to Minneapolis, S 41 33/100 Ft of N 81 33/100 Ft of the E 12 Ft of Lot 3, Block 010, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 1223 – 26TH Ave N Minneapolis, MN (SHOP) | 16-029-24-12-0128 | Highland Park Addition to the City of Minneapolis, W 40 Ft of Lot 14 and W 40 Ft of N 38 Ft of Lots 13 and 14, Block 042, Hennepin County, State of Minnesota | 5,000.00 | 0.00 |
| 3015 Colfax Ave N Minneapolis, MN | 09-029-24-41-0211 | The Oakland Addition to Minneapolis, That Part of Lots 1 and 2 and that Part of the E 12 Ft of Lot 3 Lying S of the N 81 33/100 Ft thereof of Lots 1, 2 and 3, Block 010, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 1410 Newton Ave N Minneapolis, MN | 16-029-24-33-0125 | Rosedale Park, Lot 011, Block 033, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2923 Oliver N Minneapolis, MN | 09-029-24-32-0042 | Forest Park Addition to Minneapolis, Lot 002, Block 004, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3019 Upton N Minneapolis, MN | 08-029-24-42-0116 | Seallum Gates' Fourth Addition to Minneapolis, Lot 010, Hennepin County, State of Minnesota | 20,000.00 | 0.00 |
| 3111 Upton N Minneapolis, MN | 08-029-24-42-0170 | Seallum Gates' Fourth Addition to Minneapolis, Lots 5 and 6, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 1425 Upton N Minneapolis, MN | 17-029-24-43-0031 | Auditor's Subdivision No. 046, Lot 005, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 2955 Colfax Ave N Minneapolis, MN | 09-029-24-41-0089 | Harmony Terrace, Lot 002, Block 004, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3906 Emerson Ave N Minneapolis, MN | 04-029-24-42-0067 **JUDGMENT** | Higgins and Sinclair's Addition to Minneapolis, Lot 017, Block 001, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2711 Fremont Ave N Minneapolis, MN | 09-029-24-43-0121 | Fairmount Park Addition to Minneapolis, Lot 005, Block 026, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2819 Fremont Ave N Minneapolis, MN | 09-029-24-43-0104 | Fairmount Park Addition to Minneapolis, Lot 003, Block 025, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |

| 2322 Irving Ave N Minneapolis, MN | 16-029-24-21-0139 | Forest Heights, Com at SW Cor of Lot 5 Thence E 82 2/10 Ft Thence NWLY 40 Ft to a Pt 85 3/10 Ft from WLY Line of Lot 5 Thence WLY Parallel with S Line thereof 85 3/10 Ft to W Line Thence to Beginning, Lot 005, Block 011, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| --- | --- | --- | --- | --- |
| 2623 Knox Ave N Minneapolis, MN | 09-029-24-34-0062 | On the Heights, an Addition to Minneapolis, Lot 002, Block 002, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 3103 Logan Ave N Minneapolis, MN | 09-029-24-32-0061 | Hamisch's Addition to Minneapolis, Lot 007, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 2910 Newton Ave N Minneapolis, MN | 09-029-24-32-0024 | Forest Park Addition to Minneapolis, Lot 010, Block 002, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 2623 Oliver Ave N Minneapolis, MN | 09-029-24-33-0213 | Supplement to Forest Heights Minneapolis, Lot 002, Block 012, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3335 Oliver Ave N Minneapolis, MN | 09-029-24-23-0090 | Latimer's Addition to Minneapolis, Lot 007, Block 002, Hennepin County, State of Minnesota | 40,000.00 | 0.00 |
| 2735 Queen Ave N Minneapolis, MN | 08-029-24-44-0015 | Nichols-Frissell Co.'s Penn-Lawn Addition to Minneapolis, Lot 007, Block 001, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 916 – 30th Ave N Minneapolis, MN | 09-029-24-41-0167 | The Oakland Addition to Minneapolis, Lot 012, Block 007, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 1415 – 14th Ave N Minneapolis, MN | 16-029-24-34-0041 | Crepeau's Addition to Minneapolis, Lot 002, Block 003, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 1711 – 25th Ave N Minneapolis, MN | 16-029-24-21-0067 | Forest Heights, Lot 008, Block 008, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 3345 – 6th Street N Minneapolis, MN | 10-029-24-23-0035 | Baker's 4th Addition to Minneapolis, Lot 002, Block 008, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3701 – 6th Street N Minneapolis, MN | 03-029-24-33-0030 **JUDGMENT** | Nichols-Frissell Co.s' Lyndale Park Addition to Minneapolis, Lot 010, Block 003, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 3725 – 6th Street N Minneapolis, MN | 03-029-24-33-0159 | Seth Abbott's Addition to the City of Minneapolis, S 30 Ft of Lot 7 and N 10 Ft of Lots 7 and 8, Block 004, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 3111 Newton Ave N Minneapolis, MN | 09-029-24-32-0088 | Hamisch's Second Addition to Minneapolis, Lot 005, Block 001, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 1110 – 27th Ave N Minneapolis, MN | 09-029-24-43-0023 | Fairmount Park Addition to Minneapolis, W 27 94/100 Ft of Lots 6 and 7 and the E 11 Ft of W 38 94/100 Ft of N 28 Ft of Lot 6, Block 018, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 3210 Upton Ave N Minneapolis, MN | 08-029-24-13-0179 | Branham and Greenleaf's Addition to Minneapolis, Lot 011, Block 017, Hennepin County, State of Minnesota | 8,000.00 | 0.00 |
| 2926 Oliver Ave N Minneapolis, MN | 09-029-24-32-0040 | Forest Park Addition to Minneapolis, Lot 014, Block 003, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2622 Irving Ave N Minneapolis, MN | 09-029-24-34-0192 | Woodlawn, Lot 020, Block 001, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 3451 James Ave N Minneapolis, MN | 09-029-24-21-0156 | Nimmons and Pratt's Addition to Minneapolis, Lot 003, Block 005, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 3611 Queen Ave N Minneapolis, MN | 05-029-24-44-0086 | Oakwood Addition to Minneapolis, Lot 005, Block 007, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3743 Bryant Ave N Minneapolis, MN | 04-029-24-44-0061 | Walton Park Lot 005, Block 003, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3313 Lyndale Ave N Minneapolis, MN | 09-029-24-14-0097 | Baker's 4th Addition to Minneapolis, Lot 003, Block 016, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 2411 Irving Ave N Minneapolis, MN | 16-029-24-21-0148 | Forest Heights, Lot 002, Block 012, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 1411 – 24th Ave N Minneapolis, MN | 16-029-24-21-0136 | Forest Heights, That Part of Lots 3, 4 and 5, described as Com at NW Corner of Lot 3 th sly along Wly Line of Lots 3 and 4 Dist 55.25 ft the Ely par with N Line of Lot 3 Dist 88.8 Ft to act Pt of Beg the Cont Ely along said Par Line to its intersection with a Lin run from a Pt on N Line of Lot 3 Dist 45 Ft W from NE Cor thereof to a Pt on S Line of Lot 5 Dist 40 Ft W frm SE Corner thereof Th Nly along last Desc Line to N Line of Lot 3 the Ely to NE Cor thereof th Sely to Se Cor of Lot 5 th Wly along S Line of Lot 5 to a Pt Dist 82.2 Ft E of SW cor thereof th Nly to beg, Block 011, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 2946 Colfax Ave N Minneapolis, MN | 09-029-24-41-0084 | Harmony Terrace, Lot 027, Block 003, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 3215 Knox Ave N Minneapolis, MN | 09-029-24-24-0057 | Logan Avenue Addition to Minneapolis, Lot 011, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 1000 Logan Ave N Minneapolis, MN | 21-029-24-21-0125 | Oak Park Addition to Minneapolis, Lot 17 and 18 Except the N 83 Ft thereof, Block 005, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |
| 2958 Russell Ave N Minneapolis, MN | 08-029-24-41-0175 | Queen Avenue Addition to Minneapolis, Lot 030, Block 002, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 2500 Humboldt Ave N Minneapolis, MN | 16-029-24-12-0146 **JUDGMENT** | Highland Park Addition to the City of Minneapolis, S 2 Ft of 89 Ft of E 179 Ft of Lot 7, Block 043, Hennepin County, State of Minnesota | 10,000.00 | 0.00 |
| 2805 Oliver Ave N Minneapolis, MN | 09-029-24-33-0006 | Forest Park Addition to Minneapolis, Lot 006, Block 005, Hennepin County, State of Minnesota | 25,000.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 1118 – 24th Ave N Minneapolis, MN | 16-029-24-12-0162 | Highland Park Addition to the City of Minneapolis, 80 Ft of Lots 8, 9 and 10, Block 030, County of Hennepin, State of Minnesota | 35,000.00 | 0.00 |
| 3723 Fremont Ave N Minneapolis, MN | 04-029-24-43-0066 | Walton Park, Lot 010, Block 007, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| 323 – 30th Ave N Minneapolis, MN (DUPLEX) | 10-029-24-32-0146 | Payne and Henderson's Subdivision in Blocks 24 and 25 of Morrison's Addition to North Minneapolis, Lot 017, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 2980 Queen Ave N Minneapolis, MN (DUPLEX) | 08-029-24-41-0102 | Penn Avenue Addition to Minneapolis, Lot 016, Block 002, Hennepin County, State of Minnesota | 35,000.00 | 0.00 |
| 723 Newton Ave N Minneapolis, MN | 21-029-24-23-0044 | Oak Park Addition to Minneapolis, Lot 002, Block 018, Hennepin County, State of Minnesota | 30,000.00 | 0.00 |
| **FLORIDA PROPERTIES** | | | | |
| 7855 E. Fletcher, #1813 Temple Terrace, FL | T-12-28-19-931-000000-1813.0 | The Preserve at Temple Terrace A  Condominium Unit 1813 and an Undiv Int in Common Elements | 35,000.00 | 0.00 |
| 7855 E. Fletcher, #1823 Temple Terrace, FL | T-12-28-19-931-000000-01823.0 | The Preserve at Temple Terrace A  Condominium Unit 1823 and an Undiv Int in Common Elements | 35,000.00 | 0.00 |
| 10006 Oakhurst Way Ft. Myers, FL | 03-45-25-P2-01600.0030 | Colonial Country Club Par 111 Desc in Pb 78 Pgs 49-52 Lot 3 | 190,000.00 | 0.00 |

B6B (Official Form 6B) (12/07)

In re     **Steven F Meldahl**                                    , Case No.     **12-46965**
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **H** | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account:**<br>**Bridgewater Bank**<br>**3800 American Blvd W, #100**<br>**Bloomington, MN 55431**<br>**Steven F. Meldahl Trust U/A/D May 18, 2011**<br>**Account No. Ending:  1892**<br>**Balance as of 11/9/12 Statement Date** | **-** | 1,131.58 |
| | | **Checking Account:**<br>**Private Bank Minnesota**<br>**Personal Account**<br>**Account No. Ending:  7457**<br>**Balance as of October 31, 2012 Statement** | **-** | 180.56 |
| | | **Checking Account:**<br>**Signature Bank**<br>**9800 Bren Rd E, #200**<br>**Minnetonka, MN 55343**<br>**Personal Account**<br>**Account No. Ending:  6576**<br>**Balance as of November 9, 2012 Statement** | **-** | 75.88 |
| | | **Business Market Rate Savings:**<br>**Wells Fargo Bank N.A.**<br>**PO Box B514**<br>**Minneapolis, MN 55479**<br>**SJM Properties**<br>**Account No. Ending:  6666**<br>**Balance as of October 31, 2012 Statement** | **-** | 25.69 |
| | | **Wells Fargo Way2Save Savings Account**<br>**Personal Account**<br>**Wells Fargo Bank NA**<br>**PO Box B514**<br>**Minneapolis, MN 55479**<br>**Account No. Ending 9142**<br>**Balance as of October 31, 2012 Statement** | **J** | 6.77 |

|  | Sub-Total ><br>(Total of this page) | **1,520.48** |
|---|---|---|

  **4**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Steven F Meldahl** ,   Case No. **12-46965**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Business Checking Account:**<br>**Wells Fargo Bank NA**<br>**PO Box B514**<br>**Minneapolis, MN 55479**<br>**SJM Properties**<br>**Account No. Ending:  5825**<br>**Balance as of November 30, 2012 Statement** | - | **5,917.27** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods** | H | **1,000.00** |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Purchased in 1989 - 4 pictures of art done by a local artist that depict golf scenes.  The amount listed as the market value is what I paid for the pictures in 1989.** | - | **2,500.00** |
| 6.   Wearing apparel. | | **Clothing** | - | **600.00** |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Golf Clubs** | - | **200.00** |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >   **10,217.27**
(Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven F Meldahl**                                                    ,    Case No.    **12-46965**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock in Gelstad 115,000 Share** | - | 2,875.00 |
| | | **Stock in SCIO Diamond 27,808 Shares (restricted)** | - | 29,198.00 |
| | | **SJM Properties - Stock** | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loaned Parents $75,000.00 - May get it back when they pass away.** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >          **32,074.00**
(Total of this page)

Sheet    **2**    of    **4**    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven F Meldahl**                                                    , Case No. __**12-46965**__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Cadillac Escalade V8-AWD EXT 4D - Wife's Vehicle | H | 22,425.00 |
| | | 2008 Ford Escape V6 Utility 4D XLS  4WD (4CYL) - Daughter's Vehicle | - | 7,175.00 |
| | | 2004 Dodge Ram 1500 Pickup Truck 1/2 Ton V8 Regular Cab SLT 4WD | H | 5,150.00 |
| | | 2003 Nissan 350Z-V6 c Spd/AT Coupe 2D Performance | H | 9,375.00 |
| | | 1999 Cadillac 4D STS | H | 3,000.00 |
| | | 1987 Chevrolet Dump Truck CV R30 | H | 1,000.00 |
| | | 1988 Chevrolet Pickup CM4 - does not run | H | 100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tools at Shop | - | 5,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        53,225.00
(Total of this page)

Sheet __**3**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    __Steven F Meldahl_____,      Case No.    __12-46965_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | | **15-30 Year old household furniture at 7409 Hyde Park Drive - Office Space.** | - | **5,000.00** |

| | |
|---|---|
| Sub-Total >  (Total of this page) | **5,000.00** |
| Total > | **102,036.75** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re **Steven F Meldahl** _____,   Case No. **12-46965** _____

                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☒ 11 U.S.C. §522(b)(2)                                                           *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Homestead** <br> **Location: 18407 Bearpath Trail, Eden Prairie MN 55347** <br> **Property ID: 19-116-22-24-0011** <br> **Legal Description:  Bearpath Second Addition, Lot 014, Block 002, Eden Prairie, State of Minnesota, Hennepin County** | **11 U.S.C. § 522(d)(1)** | **1.00** | **900,300.00** |
| **Cash on Hand** <br> **Cash** | **11 U.S.C. § 522(d)(5)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Checking Account:** <br> **Bridgewater Bank** <br> **3800 American Blvd W, #100** <br> **Bloomington, MN 55431** <br> **Steven F. Meldahl Trust U/A/D May 18, 2011** <br> **Account No. Ending:  1892** <br> **Balance as of 11/9/12 Statement Date** | **11 U.S.C. § 522(d)(5)** | **1,131.58** | **1,131.58** |
| **Checking Account:** <br> **Private Bank Minnesota** <br> **Personal Account** <br> **Account No. Ending:  7457** <br> **Balance as of October 31, 2012 Statement** | **11 U.S.C. § 522(d)(5)** | **180.56** | **180.56** |
| **Checking Account:** <br> **Signature Bank** <br> **9800 Bren Rd E, #200** <br> **Minnetonka, MN 55343** <br> **Personal Account** <br> **Account No. Ending:  6576** <br> **Balance as of November 9, 2012 Statement** | **11 U.S.C. § 522(d)(5)** | **75.88** | **75.88** |
| **Business Market Rate Savings:** <br> **Wells Fargo Bank N.A.** <br> **PO Box B514** <br> **Minneapolis, MN 55479** <br> **SJM Properties** <br> **Account No. Ending:  6666** <br> **Balance as of October 31, 2012 Statement** | **11 U.S.C. § 522(d)(5)** | **25.69** | **25.69** |
| **Wells Fargo Way2Save Savings Account** <br> **Personal Account** <br> **Wells Fargo Bank NA** <br> **PO Box B514** <br> **Minneapolis, MN 55479** <br> **Account No. Ending 9142** <br> **Balance as of October 31, 2012 Statement** | **11 U.S.C. § 522(d)(5)** | **6.77** | **6.77** |

   __1__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Steven F Meldahl**                                                         ,   Case No.   **12-46965**
                                      Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Business Checking Account:**<br>**Wells Fargo Bank NA**<br>**PO Box B514**<br>**Minneapolis, MN 55479**<br>**SJM Properties**<br>**Account No. Ending:  5825**<br>**Balance as of November 30, 2012 Statement** | **11 U.S.C. § 522(d)(5)** | **5,917.27** | **5,917.27** |
| **Household Goods and Furnishings**<br>**Miscellaneous Household Goods** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **2,000.00** |
| **Wearing Apparel**<br>**Clothing** | **11 U.S.C. § 522(d)(3)** | **600.00** | **600.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2007 Cadillac Escalade V8-AWD EXT 4D - Wife's**<br>**Vehicle** | **11 U.S.C. § 522(d)(2)**<br>**11 U.S.C. § 522(d)(5)** | **3,450.00**<br>**4,537.25** | **22,425.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business**<br>**Tools at Shop** | **11 U.S.C. § 522(d)(6)** | **2,175.00** | **5,000.00** |

|  | Total: | **19,201.00** | **937,762.75** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Steven F Meldahl**                                                    Case No.    **12-46965**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br>**Bridgewaters Bank** <br>**3800 American Blvd W #100** <br>**Bloomington, MN 55431** | | | - | **1st Mortgage** <br>**Homestead** <br>**Location: 18407 Bearpath Trail, Eden Prairie MN 55347** <br>**Property ID:  19-116-22-24-0011** <br>**Legal Description:  Bearpath Second Addition, Lot 014, Block 002, Eden Prairie, State of Minnesota, Hennepin** | | | | | |
| | | | | Value $           **900,300.00** | | | | **677,215.00** | **0.00** |
| Account No. <br><br>**Bridgewaters Bank** <br>**3800 American Blvd W #100** <br>**Bloomington, MN 55431** | | | - | **1st Mortgage on all properties together** <br><br>**SEE ATTACHED EXHIBIT A TO SCHEDULE B** | | | | | |
| | | | | Value $           **225,000.00** | | | | **250,000.00** | **25,000.00** |
| Account No. **CJ Num:  30431** <br><br>**Hennepin County** <br>**A600 - Government Center** <br>**300 S 6th Street** <br>**Minneapolis, MN 55487** | | | - | **6-6-2012** <br><br>**Confession of Judgment** <br><br>**NH-Residential Property Taxes** <br>**3701-6th Street N, Minneapolis, MN** | | | | | |
| | | | | Value $           **58,500.00** | | | | **11,366.00** | **0.00** |
| Account No. **CJ Num:  30430** <br><br>**Hennepin County** <br>**A600 - Government Center** <br>**300 S 6th Street** <br>**Minneapolis, MN 55487** | | | - | **6-6-2012** <br><br>**Confessin of Judgment** <br><br>**NH-Residential Property:** <br>**3906 Emerson Ave N., Minneapolis, MN** | | | | | |
| | | | | Value $           **58,500.00** | | | | **14,192.00** | **0.00** |

___**4**___ continuation sheets attached

Subtotal
(Total of this page)                  **952,773.00**          **25,000.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Steven F Meldahl_____,    Case No. ___**12-46965**_____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **CJ Num: 30447** <br><br> **Hennepin County** <br> **A600 - Government Center** <br> **300 S 6th Street** <br> **Minneapolis, MN 55487** | - | | **6-20-2012** <br><br> **Confession of Judgment** <br><br> **NH-Residential Property:** <br> **1518 Thomas Ave. N., Minneapolis, MN** <br> Value $        **64,500.00** | | | | **13,166.00** | **0.00** |
| Account No. **CJ Num: 30449** <br><br> **Hennepin County** <br> **A600 - Government Center** <br> **300 S 6th Street** <br> **Minneapolis, MN 55487** | - | | **6-20-2012** <br><br> **Confession of Judgment** <br><br> **NH-Residential Property:** <br> **1714 Queen Ave. N., Minneapolis, MN** <br> Value $        **72,000.00** | | | | **11,445.00** | **0.00** |
| Account No. **CJ Num: 30446** <br><br> **Hennepin County** <br> **A600 - Government Center** <br> **300 S 6th Street** <br> **Minneapolis, MN 55487** | - | | **6-20-2012** <br><br> **Confession of Judgment** <br><br> **NH-Residential Property:** <br> **2807 Knox Ave. N., Minneapolis, MN** <br> Value $        **58,500.00** | | | | **8,241.00** | **0.00** |
| Account No. **CJ Num: 30450** <br><br> **Hennepin County** <br> **A600 - Government Center** <br> **300 S 6th Street** <br> **Minneapolis, MN 55487** | - | | **6-20-2012** <br><br> **Confession of Judgment** <br><br> **NH-Residential Property:** <br> **2942 Dupont Ave. N., Minneapolis, MN** <br> Value $        **58,000.00** | | | | **13,217.00** | **0.00** |
| Account No. **CJ Num: 30476** <br><br> **Hennepin County** <br> **A600 - Government Center** <br> **300 S 6th Street** <br> **Minneapolis, MN 55487** | - | | **8-6-2012** <br><br> **Confession of Judgment** <br><br> **NH-Residential Property:** <br> **421 Morgan Ave., N., Minneapolis, MN** <br> **Property ID: 21-029-24-32-0204** <br> Value $        **71,500.00** | | | | **11,733.00** | **0.00** |

Sheet __1___ of __4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **57,802.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Steven F Meldahl**                                                    ,      Case No.   **12-46965**
                                                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **CJ Num: 30468** | | | 7-11-2012 | | | | | |
| Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | - | | Confession of Judgment<br><br>NH-Residential Property: 2634-13th Ave., S., Minneapolis, MN | | | | | |
| | | | Value $               58,500.00 | | | | 9,036.00 | 0.00 |
| Account No. **CJ Num:  30451** | | | 6-20-2012 | | | | | |
| Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | - | | Confession of Judgment<br><br>NH-Residential Property: 2500 Humboldt Ave., N., Minneapolis, MN | | | | | |
| | | | Value $               40,500.00 | | | | 25,005.00 | 0.00 |
| Account No. **CJ Num:  30456** | | | 6-26-2012 | | | | | |
| Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | - | | Confession of Judgment<br><br>NH-Residential Property: 2306 James Ave., N., Minneapolis, MN | | | | | |
| | | | Value $               58,500.00 | | | | 16,789.00 | 0.00 |
| Account No. **CJ Num:  30448** | | | 6-20-2012 | | | | | |
| Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | - | | Confession of Judgment<br><br>NH-Residential Property: 425-24t Ave N, Minneapolis, MN | | | | | |
| | | | Value $              158,000.00 | | | | 9,644.00 | 0.00 |
| Account No. **CJ Num:  30489** | | | 9-7-2012 | | | | | |
| Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487 | - | | Confession of Judgment<br><br>NH-Residential Property: 2442-15th Ave., S., Minneapolis, MN Property ID:  35-029-24-13-0328 | | | | | |
| | | | Value $              205,500.00 | | | | 14,111.00 | 14,111.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 74,585.00 | 14,111.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Steven F Meldahl** _____ ,   Case No. ___**12-46965**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**JSRS Capital LLC**<br>**261 School Ave., Suite 240**<br>**Excelsior, MN 55331** | - | | **5/24/2012**<br>**1st Mortgage on both properties**<br>**Rental Properties:**<br>**2815-14th Avenue S., Minneapolis, MN -**<br>**Market Value: $82,000.00**<br>**Property ID: 35-029-24-43-0072**<br>**Legal Description: Merrian and Shaw's**<br>**Addition to Minneapolis, South 1/2 of Lot** | | | | | |
| | | | Value $                        **158,000.00** | | | | **43,125.00** | **0.00** |
| Account No. **Loan No. 2084** <br><br>**MidCountry Bank, fsb**<br>**14617 Highway 7**<br>**Minnetonka, MN 55345** | - | | **3-31-2010**<br>**1st Mortgage on both property**<br>**Rental Properties:**<br>**3709-2nd Avenue S., Minneapolis, MN -**<br>**Market Value: $100,000.00**<br>**Property ID: 03-028-24-43-0015**<br>**Legal Description: Channells 2nd**<br>**Addition to Minneapolis, Lot 014, Block** | | | | | |
| | | | Value $                        **205,500.00** | | | | **322,000.00** | **116,500.00** |
| Account No. <br><br>**Samuel J.H. Sigelman**<br>**Lindquist & Vennum**<br>**80 S 8th Street, #4200**<br>**Minneapolis, MN 55402** | | | **Representing**<br>**MidCountry Bank, fsb** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **11451; Loan No. 7022976** <br><br>**Private Bank**<br>**222 South 9th Street**<br>**Minneapolis, MN 55402** | - | | **4-28-2009**<br><br>**Auto Loan**<br><br>**2007 Cadillac Escalade V8-AWD EXT 4D**<br>**- Wife's Vehicle** | | | | | |
| | | | Value $                         **22,425.00** | | | | **4,839.00** | **0.00** |
| Account No. **Loan No. 7022798** <br><br>**Private Bank**<br>**222 South 9th Street**<br>**Minneapolis, MN 55402** | - | | **3-12-2009**<br><br>**Auto Loan**<br><br>**2008 Ford Escape V6 Utility 4D XLS**<br>**4WD (4CYL) - Daughter's Vehicle** | | | | | |
| | | | Value $                          **7,175.00** | | | | **1,628.00** | **0.00** |

Sheet ___**3**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**371,592.00**       **116,500.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Steven F Meldahl**                                              ,   Case No.   **12-46965**
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **11451 - Loan No.:  6030388** <br><br> **Private Bank** <br> **222 South 9th Street** <br> **Minneapolis, MN 55402** | - | | **2-14-2012** <br> **2nd Mortgage** <br> **Homestead** <br> **Location: 18407 Bearpath Trail, Eden Prairie MN 55347** <br> **Property ID: 19-116-22-24-0011** <br> **Legal Description:  Bearpath Second Addition, Lot 014, Block 002, Eden** | | | | | |
| | | | Value $      **900,300.00** | | | | **350,000.00** | **126,915.00** |
| Account No. **11451 - Loan No.:  8017293** <br><br> **Private Bank** <br> **222 South 9th Street** <br> **Minneapolis, MN 55402** | - | | **1-24-2012** <br> **1st Mortgage on both properties together** <br> **Rental Properties:** <br> **3311 Oakland Avenue South, Minneapolis, MN - Market Value: $119,000.00** <br> **Property ID: 02-028-24-23-0159** | | | | | |
| | | | Value $      **210,500.00** | | | | **176,000.00** | **0.00** |
| Account No. **099-587-6202147** <br><br> **TCF Bank** <br> **801 Marquette Avenue** <br> **Minneapolis, MN 55402** | - | | **Home Equity Line of Credit** <br> **Office Space:** <br> **7409 Hyde Park Drive, Edina, MN** <br> **Property ID: 08-116-21-32-0035** <br> **Legal Description:  Hyde Park Second Addition, Lot 006, Block 001, Hennepin County State of Minnesota** | | | | | |
| | | | Value $      **414,000.00** | | | | **560,000.00** | **146,000.00** |
| Account No. <br><br> **Wyatt S. Partridge** <br> **Foley & Mansfield PLLP** <br> **250 Marquette Ave #1200** <br> **Minneapolis, MN 55401** | | | **Representing** <br> **TCF Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **Loan No.:0042101121** <br><br> **Wachovia Mortgage** <br> **Loan Modifications T7416-010** <br> **PO Box 659558** <br> **San Antonio, TX 78265-9558** | - | | **4-29-2010** <br> **1st Mortgage** <br> **Rental Property in FL:** <br> **9086 Prosperity Way, Ft. Myers, FL** <br> **Property ID: 35-44-25-P4-00200.0120** <br> **Legal Description:  Colonial Country Club Par 118 PB 72 Pgs 60-61 Lot 12, State of Florida** | | | | | |
| | | | Value $      **295,594.00** | | | | **358,367.00** | **62,773.00** |

Sheet __**4**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **1,444,367.00** | **335,688.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **2,901,119.00** | **491,299.00** |

B6E (Official Form 6E) (4/10)

.

In re   **Steven F Meldahl** _____,   Case No. ___**12-46965**_____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Steven F Meldahl**                                                                    ,        Case No.   **12-46965**
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 | |
| | | - | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | 0.00 | |
| | | - | | | | | 0.00 | | 0.00 |
| Account No.  **Hennepin County A600 - Government Center 300 S 6th Street Minneapolis, MN 55487** | | - | **2009**  **Property Taxes - Homestead - 18407 Bearpath Trail, Eden Prairie, MN** | | | | | 0.00 | |
| | | | | | | | 15,506.73 | | 15,506.73 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 15,506.73 | 15,506.73 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 15,506.73 | 15,506.73 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Steven F Meldahl**                                              ,   Case No.   **12-46965**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Adams Pest Control** <br> **Box 233** <br> **Medina, MN 55340** | - | | | | | | | | 782.76 |
| Account No. <br><br> **Always Drains Ltd** <br> **135 E Golden Lake Lane** <br> **Circle Pines, MN 55014** | | | | | | | | | 342.00 |
| Account No. <br><br> **Centerpoint Energy** <br> **PO Box 1144** <br> **Minneapolis, MN 55440-1144** | - | | | | | | | | **Unknown** |
| Account No. <br><br> **Chubb Insurance** <br> **c/o Next Wave Services, LLC** <br> **402 W Broadway #740** <br> **San Diego, CA 92101** | - | | | | | | | | 749.00 |
| __7__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 1,873.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven F Meldahl** , Case No. **12-46965**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | X | |
| City of Eden Prairie 8080 Mitchell Road Eden Prairie, MN 55344 | | | | | | | | 1,359.75 |
| Account No. **xx-xx-xx-x4739** | | - | | | | | X | |
| City of Minneapolis City Hall - Room 304 350 South 5th Street Minneapolis, MN 55415 | | | | | | | | 74,017.37 |
| Account No. **12-0949263** | | - | | 11/5/12 Administrative Citations 425 - 24th Ave N Minneapolis, MN | | | X | |
| City of Minneapolis 250 South 4th St, Room 230 Minneapolis, MN 55415 | | | | | | | | **Unknown** |
| Account No. **27-CV-12-23890** | | - | | | | | X | |
| City of Minneapolis City Hall - Room 304 350 South 5th Street Minneapolis, MN 55415 | | | | | | | | 36,691.58 |
| Account No. **12-0951121** | | - | | 10/26/2012 Administrative Citations | | | X | |
| City of Minneapolis 250 South 4th St, Room 230 Minneapolis, MN 55415 | | | | | | | | 550.00 |

Sheet no. **1** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,618.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven F Meldahl**                                              ,   Case No.   **12-46965**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. **xx-xxx2717**<br><br>**City of Minneapolis**<br>**250 South 4th St, Room 230**<br>**Minneapolis, MN 55415** | - | | | | **11/7/2012**<br>**Notice of Ordinance /Code Violations**<br>**311 Upton Ave N**<br>**Minneapolis, MN** | | | X | **Unknown** |
| Account No. **12-0947307**<br><br>**City of Minneapolis**<br>**250 South 4th St, Room 230**<br>**Minneapolis, MN 55415** | - | | | | **10/12/12**<br>**Administrative Citations** | | | X | **275.00** |
| Account No. **12-0951124**<br><br>**City of Minneapolis**<br>**250 South 4th St, Room 230**<br>**Minneapolis, MN 55415** | - | | | | **11/26/2012**<br>**Administrative Citations**<br>**3111 Upton Ave N**<br>**Minneapolis MN** | | | X | **275.00** |
| Account No. **12-0947307**<br><br>**City of Minneapolis**<br>**250 South 4th St, Room 230**<br>**Minneapolis, MN 55415** | - | | | | **11/16/2012**<br>**Administrative Citation**<br>**425-24th Ave N**<br>**Minneapolis, MN** | | | X | **550.00** |
| Account No. **10-0779140**<br><br>**City of Minneapolis**<br>**250 South 4th St, Room 230**<br>**Minneapolis, MN 55415** | - | | | | **11/27/2012**<br>**Administrative Citation**<br>**3313 Lyndale Ave N**<br>**Minneapolis, MN** | | | X | **0.00** |

Sheet no. __**2**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,100.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven F Meldahl**                                              ,   Case No. ___**12-46965**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **12-0909175** | | | | **11/27/2012**<br>**Administrative Citation**<br>**3313 Lyndale Avenue N**<br>**Minneapolis, MN** | | | | |
| **City of Minneapolis**<br>**250 South 4th St, Room 230**<br>**Minneapolis, MN 55415** | | - | | | | | X | |
| | | | | | | | | 880.00 |
| Account No. **12-0952717** | | | | **11/5/2012**<br>**Administrative Citation**<br>**3111 Upton Ave N**<br>**Minneapolis, MN** | | | | |
| **City of Minneapolis**<br>**250 South 4th St, Room 230**<br>**Minneapolis, MN 55415** | | - | | | | | X | |
| | | | | | | | | 220.00 |
| Account No. **x0544** | | | | | | | | |
| **Colonial Country Club**<br>**9181 Independence Way**<br>**Fort Myers, FL 33913** | | - | | | | | | |
| | | | | | | | | 4,101.07 |
| Account No. | | | | **HOA Fees for 10006 Oakhurst Way** | | | | |
| **Condo & HOA Law Group**<br>**2030 Mc Gregor Blvd.**<br>**Fort Myers, FL 33901** | | - | | | | | X | |
| | | | | | | | | 1,100.27 |
| Account No. | | | | **10006 Oakhurst Rental** | | | | |
| **Country Club Rentals, Inc.**<br>**8961 Daniels Center Dr., #407**<br>**Fort Myers, FL 33912** | | - | | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __**3**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,301.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven F Meldahl**                                                                    ,        Case No. ____**12-46965**____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 | | | | |
| Dave's Floor Sanding 1451 - 92nd Lane NE Blaine, MN 55449 | - | | | | | | | X | 861.61 |
| Account No. | | | | | | | | | |
| David Shalman Law Office 1005 W. Franklin Ave, #3 Minneapolis, MN 55405 | - | | | | | | | | 17,201.75 |
| Account No. | | | | | | | | | |
| France Avenue Physicians 7250 France Ave, #410 Edina, MN 55435 | - | | | | | | | X | 1,150.00 |
| Account No. | | | | | | | | | |
| Laboratory Corp of America Box 2240 Burlington, NC 27216 | - | | | | | | | X | 634.00 |
| Account No. | | | | | | | | | |
| Latoya Martin 3850 Bryant Avenue N Minneapolis, MN 55412 | - | | | | | | | X | 1,250.00 |

Sheet no. __**4**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,097.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven F Meldahl**                                              ,        Case No.  **12-46965**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Les James Roofing 941 W 80th Street Bloomington, MN 55420 | - | | | | | X | 7,500.00 |
| Account No. **xx-xxx-xxx-472-1**  Macy's PO Box 689195 Des Moines, IA 50368-9195 | - | | | | | | 2,979.27 |
| Account No.  National Exemption Svc Inc. PO Box 9020 Clearwater, FL 33758 | - | | Association Dues:  $4,664.64 & $638.50 | | | X | 5,303.14 |
| Account No.  Park Nicollet Customer Service 3800 Park Nicollet Blvd St. Louis Park, MN 55416-2699 | - | | | | | | 243.50 |
| Account No.  Peak Heating & Cooling Inc. 7810 Park Drive Chanhassen, MN 55317 | - | | | | | | 250.00 |

Sheet no. **5** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,275.91

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Steven F Meldahl_____,   Case No. __12-46965_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Deposit | | | | |
| Phillip & Cantina Taylor 3022 Golden Valley Rd Minneapolis, MN 55422 | | - | | | | | X | |
| | | | | | | | | 1,100.00 |
| Account No. | | | | HOA Fees #103 = $1,724.17 HOA Fees #203 = $1,724.17 | | | | |
| Preserve Temple Terrace Condo c/o Atlantic & Pacific Assoc. 622 Banyan Trail #150 Boca Raton, FL 33431 | | - | | | | | | |
| | | | | | | | | 3,448.34 |
| Account No. | | | | | | | | |
| Safeco Insurance c/o Brown & Joseph Ltd. Box 59838 Schaumburg, IL 60159 | | - | | | | | X | |
| | | | | | | | | 231.27 |
| Account No.  Loan No.:  200714202 | | | | 4-19-2012 | | | | |
| Signature Bank 9800 Bren Road, #200 Minnetonka, MN 55343-6400 | | - | | | | | | |
| | | | | | | | | 208,365.03 |
| Account No. | | | | | | | | |
| Stern Heating 12753 120th Avenue Goodhue, MN 55027 | | - | | | | | X | |
| | | | | | | | | 3,200.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

216,344.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven F Meldahl** _____,   Case No. ___**12-46965**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Surface Renew** **9637 Anderson Lakes Pkwy** **#109** **Eden Prairie, MN 55344** | - | | | | | | | **975.00** |
| Account No. | | Judgment | | | | | | |
| **Target National Bank** **c/o Payment Processing** **PO Box 660170** **Dallas, TX 75266-0170** | - | | | | | | | **8,283.45** |
| Account No. | | | | | | | | |
| **XCel Energy** **PO Box 9477** **Minneapolis, MN 55484-9477** | - | | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**7**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,258.45**

Total
(Report on Summary of Schedules)      **384,870.16**

B6G (Official Form 6G) (12/07)

.

In re  __Steven F Meldahl_____,    Case No.  __12-46965_____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Douglas Property Management** <br> **4821 Coronado Pkwy** <br> **Cape Coral, FL 33904** | **Management Agreement for 10006 Oakhurst Way,** <br> **Ft. Myers, FL 33913 Rental Property** |
| **Stress Free Property Mgmt** <br> **4501 E Columbus Dr** <br> **Tampa, FL 33605** | **Management Agreement for 12942 Sanctuary** <br> **Cove, #1813 and #1823 Temple Terrace, FL 33637** <br> **Rental Properties.** |
| **The Debtor has several** <br> **residential Leases with** <br> **Tenants of the Debtors** <br> **Residential Properties** | **A Rent Roll can be provided.** |
| **The Debtor has several** <br> **property and liability ins.** <br> **policies** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Steven F Meldahl**                                        ,        Case No.   __**12-46965**__
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __**Steven F Meldahl**_____     Case No. __**12-46965**__
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-Employed** | |
| Name of Employer | **SJM Properties - Self Employed** | |
| How long employed | **41 Years** | |
| Address of Employer | **1223-26th Avenue N<br>Minneapolis, MN** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **13,143.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **13,143.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **13,143.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **13,143.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Steven F Meldahl**                                      Case No. **12-46965**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 4,778.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | | |
| b. Is property insurance included? | Yes ___   No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 480.00 |
| b. Water and sewer | | $ | 120.00 |
| c. Telephone | | $ | 0.00 |
| d. Other  **Comcast Cable & Phone** | | $ | 146.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 120.00 |
| 4. Food | | $ | 650.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 10.00 |
| 7. Medical and dental expenses | | $ | 560.00 |
| 8. Transportation (not including car payments) | | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 310.00 |
| 10. Charitable contributions | | $ | 30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 462.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 360.00 |
| d. Auto | | $ | 510.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)  **Real Estate Taxes** | | $ | 1,210.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 1,247.00 |
| b. Other  **Macy's** | | $ | 300.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 1,200.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 13,143.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 13,143.00 |
| b.  Average monthly expenses from Line 18 above | $ | 13,143.00 |
| c.  Monthly net income (a. minus b.) | $ | 0.00 |

12/17/12 12:49PM

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Minnesota

In re   **Steven F Meldahl**                                                      Case No.   **12-46965**

_____
Debtor(s)                        Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **38** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 17, 2012**                       Signature   **/s/ Steven F Meldahl**

**Steven F Meldahl**
Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
### District of Minnesota

In re   __Steven F Meldahl__                                   Case No.   __12-46965__

                                         Debtor(s)            Chapter   __11__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 - ($117,326.00)** |
| | **2011 - ($546,038.00)** |
| | **2012 - Year-To-Date Gross Income $750,000.00 - Estimate Only** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

B 7 (12/12)                                                                                              2

---

### 3. Payments to creditors

**None**
■

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Investigations Continues But Debtor believes that payments were made to** | **Bridgewater Bank; Private Bank; Signature Bank; Wachovia Bank; Hennepin County for Real Estate Taxes; and JSRS Capital, LLC** | **$0.00** | **$0.00** |

**None**
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midcountry Bank vs. Steven F. Meldahl; Vito Mechanical, Inc. d/b/a Vito Mechanical Contractors, Inc.; Amos Magee a/k/a Amos McGhee; XYZ Corporation; John Doe and Mary Roe**<br>**Court File No.: Unknown** | **Foreclosure/Cont ract** | **State of Minnesota - District Court County of Hennepin - Fourth Judicial District** | **Pending** |
| **TCF National Bank vs. Steven F. Meldahl, Individually and as Trustee Under the Steven F. Meldahl Living Trust Dated MAy 18, 2001, Private Bank Minnesota, John Doe and Msry Roe**<br>**Court File No.: 27-CV-12-22748** | **Contract/Other Civil** | **State of Minnesota - District Court County of Hennepin - Fourth Judicial District** | **Pending** |

---

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                           3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Steven Meldahl vs. City of Minneapolis**<br>**Court File No.: 27-CV-11-24739** | **Assessment Appeal** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Pending** |
| **Steven Meldahl vs. City of Minneapolis**<br>**Court File No.: 27-CV-12-23890** | **Assessment Appeal** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Pending** |
| **Target National Bank vs. Steven F. Meldahl**<br>**Court File No.: 27-CV-11-22639** | **Consumer Credit Contract** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Judgment Docketed** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30431**<br>**Property Address: 3701-6th Street N., Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Signed 6-6-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30430**<br>**Property Address: 3906 Emerson Ave N., Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Signed 6-6-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30447**<br>**Property Address: 1518 Thomas Ave N, Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Signed 6-20-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30449**<br>**Property Address: 1714 Quenn Ave N., Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**Hennepin County - Fourth Judicial District** | **Confession of Judgment Signed 6-20-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30448**<br>**Property Address: 425-24th Ave N., Minneapolis** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Entered 6-20-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30446**<br>**Property Address: 2807 Knox Ave N, Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Entered 6-20-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30450**<br>**Property Address: 2942 Dupont Ave N., Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Entered 6-20-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30476**<br>**Property Address: 421 Morgan Ave., N., Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Entered 8-6-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30468**<br>**Property Address: 2634-13th Ave S., Minneapoli, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Entered 9-7-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30451**<br>**Property Address: 2500 Humboldt Ave. N., Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**Hennepin County - Fourth Judicial District** | **Confession of Judgment Entered 6-20-2012** |
| **Hennepin County vs. Steven Meldahl**<br>**CJ Num: 30489**<br>**Property Address: 2442 15th Ave S., Minneapolis, MN** | **Delinquent Taxes** | **State of Minnesota - District Court**<br>**County of Hennepin - Fourth Judicial District** | **Confession of Judgment Entered 9-7-2012** |

B 7 (12/12)                                                                                                    4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hennepin County vs. Steven Meldahl CJ Num: 30456 Property Address: 2306 James Avenue N., Minneapolis, MN** **Numerous Eviction Proceedings, list available upon request** | **Delinquent Taxes** | **State of Minnesota - District Court County of Hennepin - Fourth Judicial District** | **Confession of Judgment Entered 6-20-2012** |
| **Steven F. Meldahl vs. Hennepin County Court File No.: 27-CV-10-9125** | **Real Estate Tax Dispute - Year 2010** | **Minnesota Tax Court - Tax Court Division State of Minnesota - County of Hennapin** | **Pending - Pretrial in March 2013** |
| **Steven F. Meldahl vs. Hennepin County Court File No.: Unknown** | **Real Estate Tax Dispyte - Year 2011** | **Minnesota Tax Court - Tax Court Division State of Minnesota - County of Hennpein** | **Pending** |
| **Steven F. Meldahl vs. Hennepin County Court File No.: Unknown** | **Real Estate Tax Dispute - Year 2012** | **Minnesota Tax Court - Tax Court Division State of Minnesota - County of Hennepin** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hennepin County Tax Forfeiture A600 - Government Center 300 S 6th Street Minneapolis, MN 55487** | **May 2012** | **2627 Dupont Avenue North Minneapolis, MN** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B 7 (12/12)                                                                                                                   5

**None**  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

**None**  □  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Daughter** | **Daughter** | **Various dates throughout the year** | **The Debtor has assisted with his daughter's college expenses in the one year preceding.** |

**8. Losses**

**None**  ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

**None**  □  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Steven B. Nosek, P.A.**<br>**Attorney at Law**<br>**2855 Anthony Lane S, #201**<br>**St. Anthony, MN 55418** | **November 2012 - $6,790.00**<br>**December 2012 - $10,000.00** | **$16,790.00** |

**10. Other transfers**

**None**  ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

B 7 (12/12)                                                                                                          6

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
☐       trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Steven F. Meldahl Living Trust**<br>**18407 Bearpath Trail**<br>**Eden Prairie, MN**<br>    **Self** | **2001** | **The Debtor created the Steven F. Meldahl Living Trust in 2001 and transferred a number of properties to that Trust.  All of the properties transferred to the Trust were conveyed back to the Debtor in 2004.** |

### 11.  Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐       otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **MidCountry Bank, fsb**<br>**14617 Highway 7**<br>**Minnetonka, MN 55345** | **Checking Account**<br>**$5.00**<br>**Account No. Ending:** | **$5.00**<br>**Closed by the bank due to inactivity approximately September 2012** |

### 12.  Safe deposit boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
        depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None    List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■       occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B 7 (12/12)                                                                                                          7

**16. Spouses and Former Spouses**

None ☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**The Debtor was divorced in 1993.  No financial obligations
remain to the Debtor's former spouse.**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Rental Property Located At 425 - 24th Avenue North Minneapolis, MN 55441** | **Minnesota Dept of Health PO Box 64975 Saint Paul, MN  55164-0975** | **November 8, 2012** | **Alleged asbestos release** |

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B 7 (12/12)                                                                                                      8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Shirley Benz**<br>**Equitax**<br>**1870 50th St E, Suite 8**<br>**Inver Grove Heights, MN 55077** | **Various Dates - Tax Preparer** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Steven F Meldahl** | **18407 Bearpath Trail**<br>**Eden Prairie, MN 55347** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **MidCountry Bank, fsb**<br>**14617 Highway 7**<br>**Minnetonka, MN 55345** | **Summer of 2011** |

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

B 7 (12/12)                                                                                                  9

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                         RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                          NATURE AND PERCENTAGE
                                                                   OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                         DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                           DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None □  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                          DATE AND PURPOSE                    AMOUNT OF MONEY
OF RECIPIENT,                           OF WITHDRAWAL                       OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                                                      VALUE OF PROPERTY
**Steven F Meldahl**                    **Information regarding withdrawals to the**
**18407 Bearpath Trail**                **Debtor is being reviewed and calculated**
**Eden Prairie, MN 55347**              **and will be provided in the future.**
  **Self**

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B 7 (12/12)                                                                                                    10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  __**December 17, 2012**_____        Signature  __**/s/ Steven F Meldahl**_____

                                                        **Steven F Meldahl**
                                                        Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

# United States Bankruptcy Court
### District of Minnesota

In re   **Steven F Meldahl**                                   Case No.   **12-46965**

                                                    Debtor(s)       Chapter    **11**

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.    The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.    (a)    The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:     $    **1,213.00**

      (b)    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:     $   **16,790.00**

      (c)    Prior to filing this statement, the debtor(s) paid to the undersigned:     $   **16,790.00**

      (d)    The unpaid balance due and payable by the debtor(s) to the undersigned is:     $       **0.00**

3.    The services rendered or to be rendered include the following:
      (a)    analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;
      (b)    preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;
      (c)    representation of the debtor(s) at the meeting of creditors;
      (d)    negotiations with creditors; and
      (e)    other services reasonably necessary to represent the debtor(s) in this case.

4.    The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.    The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:   **December 17, 2012**                        Signed:   **/s/ Steven B. Nosek**

                                                                 **Steven B. Nosek 79960**

                                                                 Attorney for Debtor(s)
                                                                 **Steven B. Nosek, P.A.**

                                                                 **Attorney at Law**
                                                                 **2855 Anthony Lane S, #201**
                                                                 **St. Anthony, MN 55418**
                                                                 **612-335-9171  Fax: 612-789-2109**

LOCAL RULE REFERENCE:  1007-1

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Minnesota

In re   **Steven F Meldahl**                                  Case No.   **12-46965**

                                       Debtor(s)      Chapter   **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Steven F Meldahl** | X   **/s/ Steven F Meldahl**          **December 17, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| Case No. (if known)   **12-46965** | X |
| | Signature of Joint Debtor (if any)      Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re    **Steven F Meldahl**                                                    Case No.    **12-46965**

Debtor(s)                                                 Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **December 17, 2012**                    **/s/ Steven F Meldahl**

**Steven F Meldahl**
Signature of Debtor

B22B (Official Form 22B) (Chapter 11) (12/10)

In re    **Steven F Meldahl**
_____
Debtor(s)

Case Number:    **12-46965**
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☒ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $          0.00 | $          0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 0.00 / Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $          0.00 | $          0.00 |
| 4 | **Net Rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 13,143.00 / Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 13,143.00 / Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $          0.00 | $          0.00 |
| 5 | **Interest, dividends, and royalties.** | $          0.00 | $          0.00 |
| 6 | **Pension and retirement income.** | $          0.00 | $          0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $          0.00 | $          0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ 0.00    Spouse $ 0.00 | $          0.00 | $          0.00 |
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — Debtor $ / Spouse $<br>b. — Debtor $ / Spouse $ | $          0.00 | $          0.00 |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                                2

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $ **0.00** | $ **0.00** |
|----|----|----|----|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ **0.00** | |

**Part II. VERIFICATION**

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |
|----|----|
| | Date:   **December 17, 2012**          Signature:   **/s/ Steven F Meldahl** |
| | **Steven F Meldahl** |
| | (Debtor) |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                    3

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **06/01/2012** to **11/30/2012**.

**Line 4 - Rent and other real property income**
Source of Income: **SJM Properties**
Income/Expense/Net by Month:

|                  | Date     | Income      | Expense     | Net         |
|------------------|----------|-------------|-------------|-------------|
| 6 Months Ago:    | 06/2012  | $13,143.00  | $13,143.00  | $0.00       |
| 5 Months Ago:    | 07/2012  | $13,143.00  | $13,143.00  | $0.00       |
| 4 Months Ago:    | 08/2012  | $13,143.00  | $13,143.00  | $0.00       |
| 3 Months Ago:    | 09/2012  | $13,143.00  | $13,143.00  | $0.00       |
| 2 Months Ago:    | 10/2012  | $13,143.00  | $13,143.00  | $0.00       |
| Last Month:      | 11/2012  | $13,143.00  | $13,143.00  | $0.00       |
| Average per month: |        | $13,143.00  | $13,143.00  |             |
|                  |          |             | Average Monthly NET Income: | $0.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Steven F Meldahl**
Debtor(s).

**SIGNATURE DECLARATION**

Case No. *12-46965*

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☑ OTHER (Please describe:_____) *Bal. of Schedules / Case Completion*

I, Steven F. Meldahl, the undersigned debtor or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: *12-17-12*

X _____
Signature of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

**Steven F Meldahl**
Printed Name of Debtor or Authorized Representative

_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)