In re  **Steven F Meldahl**                                                        , Case No.  **12-46965**
                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead**<br>**Location: 18407 Bearpath Trail, Eden Prairie MN 55347**<br>**Property ID: 19-116-22-24-0011**<br>**Legal Description: Bearpath Second Addition, Lot 014, Block 002, Eden Prairie, State of Minnesota, Hennepin County** | Owner | - | 900,300.00 | 1,027,215.00 |
| **Rental Properties:**<br>**3311 Oakland Avenue South, Minneapolis, MN - Market Value: $119,000.00**<br>**Property ID: 02-028-24-23-0159**<br>**Legal Description: Nichols and Seager's Addition to Minneapolis, Lot 005, Block 006, City of Minneapolis, County of Hennepin, State of Minnesota; and**<br><br>**2018-11th Avenue South, Minneapolis, MN - Market Value: $91,500.00**<br>**Property ID: 35-029-24-21-0062**<br>**Legal Description: Herrick's Addition to Minneapolis, Lot 012, Block 002, City of Minneapolis, County of Hennepin, State of Minnesota** | Owner | - | 210,500.00 | 176,000.00 |
| **Rental Properties Located at:**<br>**2319 Aldrich Avenue North, Minneapolis, MN**<br>**321 - 31st Avenue North, Minneapolis, MN**<br>**4411 Aldrich Avenue North, Minneapolis, MN**<br>**528 Morgan Avenue North, Minneapolis, MN and**<br>**2414 Logan Avenue North, Minneapolis, MN**<br>SEE ATTACHED EXHIBIT A FOR FULL<br>DESCRIPTION OF PROPERTIES AND VALUES | Owner | - | 225,000.00 | 250,000.00 |

                                                            Sub-Total >   **1,335,800.00**   (Total of this page)

__1__  continuation sheets attached to the Schedule of Real Property

In re **Steven F Meldahl**, Case No. **12-46965**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental Properties:**<br>**2815-14th Avenue S., Minneapolis, MN - Market Value: $82,000.00**<br>**Property ID: 35-029-24-43-0072**<br>**Legal Description: Merrian and Shaw's Addition to Minneapolis, South 1/2 of Lot 8, Block 2, Hennepin County, State of Minnesota; and**<br><br>**425 - 24th Avenu N., Minneapolis, MN - Market Value: $76,000.00**<br>**Property ID: 15-0029-24-22-0038**<br>**Legal Description: Cobb's Addition to North Minneapolis, West 77 Feet of Lots 13 and 14, Block 8, Hennepin County, State of Minnesota** | **Owner** | - | 158,000.00 | 52,769.00 |
| **Rental Properties:**<br>**3709-2nd Avenue S., Minneapolis, MN - Market Value: $100,000.00**<br>**Property ID: 03-028-24-43-0015**<br>**Legal Description: Channells 2nd Addition to Minneapolis, Lot 014, Block 001, Hennepin County, State of Minnesota; and**<br><br>**2442 - 15th Avenue S., Minneapolis, MN - Market Value: $105,500.00**<br>**Property ID: 35-029-24-13-0328**<br>**Legal Description: Gales 1st Addition to Minneapolis, That part of Lot 004, Block 007 Lying S of N 14.33 FT, Hennepin County, State of Minnesota** | **Owner** | - | 205,500.00 | 336,111.00 |
| **Office Space:**<br>**7409 Hyde Park Drive, Edina, MN**<br>**Property ID: 08-116-21-32-0035**<br>**Legal Description: Hyde Park Second Addition, Lot 006, Block 001, Hennepin County State of Minnesota** | **Owner** | - | 414,000.00 | 560,000.00 |
| **Rental Property in FL:**<br>**9086 Prosperity Way, Ft. Myers, FL**<br>**Property ID: 35-44-25-P4-00200.0120**<br>**Legal Description: Colonial Country Club Par 118 PB 72 Pgs 60-61 Lot 12, State of Florida** | **Owner** | - | 295,594.00 | 358,367.00 |
| **Rental Properties in MN & FL that do not have mortgages but owe real estate taxes. See Exhibit B attached to Schedule A.** | **Owner** | - | 2,461,000.00 | 0.00 |
|  |  | Sub-Total > | **3,534,094.00** | (Total of this page) |
|  |  | Total > | **4,869,894.00** | |
|  |  |  | (Report also on Summary of Schedules) | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

| Property Description | Current Value | Secured Claim Amount |
|---|---|---|
| 2319 Aldrich Avenue North, Minneapolis, MN<br>Property ID:  16-029-24-11-0061<br>Legal Description:  Highland Park Addition to the City of Minneapolis, Lot 003, Block 012, Hennepin County, State of Minnesota | $45,000.00 | |
| 321 – 31st Avenue North, Minneapolis, MN<br>Property ID:  10-029-24-32-0095<br>Legal Description:  Morrison's Addition to North Minneapolis, E 45 Ft of W 85 FT of Lots 13 and 14, Block 011, Hennepin County, State of Minnesota | $50,000.00 | |
| 4411 Aldrich Avenue North, Minneapolis, MN<br>Property ID:  13-118-21-21-0013<br>Legal Description:  S.W. Pond's Addition to Minneapolis, Lot 008, Block 001, Hennepin County, State of Minnesota | $40,000.00 | |
| 528 Morgan Avenue North, Minneapolis, MN<br>Property ID:  21-029-24-32-0053<br>Legal Description:  Maben, White, and LeBron's Addition to Minneapolis, Lots 13 and 14, Block 005, Hennepin County, State of Minnesota | $45,000.00 | |
| 2414 Logan Avenue North, Minneapolis, MN<br>Property ID:  16-0029-24-22-0110<br>Legal Description:  Forest Heights, Lot 016, Block 008, Hennepin County, State of Minnesota | $45,000.00 | All 5 properties are secured with one loan in the amount of $250,000.00 |
| TOTAL: | $225,000.00 | $250,000.00 |

## **EXHIBIT A TO SCHEDULE A**

**Exhibit B to Schedule A Meldahl Properties with No Mortgages in MN & FL**

| Address | Property ID | Legal Description | Current Value |
|---|---|---|---|
| 2417 – 24th Ave N Minneapolis, MN | 17-029-24-11-0139 | Walton's North Side Addition to Minneapolis, Lot 8, Hennepin County, State of Minnesota | 35,000.00 |
| 1715 Thomas Ave N Minneapolis, MN | 17-029-24-42-0011 | Fairlawn Addition, Lot 011, Block 002, Hennepin County, State of Minnesota | 50,000.00 |
| 2610 Irving Ave N Minneapolis, MN | 09-029-24-34-0189 | Woodlawn Addition, Lot 017, Block 001, Hennepin County, State of Minnesota | 30,000.00 |
| 421 Morgan Ave N Minneapolis, MN | 21-029-24-32-0204 **JUDGMENT** | Maben, White and LeBron's Addition to Minneapolis, MN, Block 007, Lot 4 and N 26 Ft of Lot 5, Hennepin County, State of Minnesota | 30,000.00 |
| 819 Newton Ave N Minneapolis, MN | 21-029-24-23-0124 | Oak Park Addition to Minneapolis, Lot 010, Block 021, Hennepin County, State of Minnesota | 30,000.00 |
| 2807 Knox Ave N Minneapolis, MN | 09-029-24-34-0109 **JUDGMENT** | Whitney and Gould's Subdivision of Lot "M" of Babbitts Outlots to the City of Minneapolis, Lot 007, Block 002, Hennepin County, State of Minnesota | 30,000.00 |
| 2931 Oliver Ave N Minneapolis, MN | 09-029-24-32-0199 | Supplement to Forest Park Addition to Minneapolis, Lot 007, Block 004, Hennepin County, State of Minnesota | 30,000.00 |
| 317 - 23rd Ave N Minneapolis, MN | 15-029-24-22-0070 | Nickels and Smith's Addition to Minneapolis, Lot 021, Block 001, Hennepin County, State of Minnesota | 25,000.00 |
| 1646 Washburn Ave N Minneapolis, MN | 17-029-24-42-0130 | Highland Addition to Minneapolis, Lot 027, Block 001, Hennepin County, State of Minnesota | 30,000.00 |
| 2306 James Ave N Minneapolis, MN | 16-029-24-23-0019 **JUDGMENT** | Forest Heights, Lot 023, Block 018, Hennepin County, State of Minnesota | 25,000.00 |
| 810 Newton Ave N Minneapolis, MN | 21-029-24-23-0159 | Oak Park Addition to Minneapolis, Lot 017, Block 022, Hennepin County, State of Minnesota | 30,000.00 |
| 1523 Morgan Ave N Minneapolis, MN | 16-029-24-33-0102 | Rosedale Park, Lot 003, Block 002, Hennepin County, State of Minnesota | 30,000.00 |
| 4220 Irving Ave N Minneapolis, MN | 04-029-24-21-0025 | Berkeley, Lot 38 and S ½ of Lot 39, Block 001, Hennepin County, State of Minnesota | 40,000.00 |

| Address | PID | Legal Description | Value |
|---|---|---|---|
| 2219 – 29th Ave N Minneapolis, MN (Duplex) | 08-029-24-44-0195 | Penn Avenue Addition to Minneapolis, Lot 030, Block 003, Hennepin County, State of Minnesota | 30,000.00 |
| 2634 – 13th Ave N Minneapolis, MN | 35-029-24-42-0155 **JUDGMENT** | Wright's Addition to Minneapolis, Lot 002, Block 002, Hennepin County, State of Minnesota | 40,000.00 |
| 1714 Queen Ave N Minneapolis, MN | 17-029-24-41-0013 **JUDGMENT** | Eastlawn Addition to Minneapolis, Lot 015, Block 001, Hennepin County, State of Minnesota | 60,000.00 |
| 2942 Dupont Ave N Minneapolis, MN | 09-029-24-41-0114 **JUDGMENT** | Harmony Terrace, Lot 026, Block 004, Hennepin County, State of Minnesota | 40,000.00 |
| 2539 – 12th Ave S Minneapolis, MN | 35-029-24-13-0262 | Warnock & Latons Subdivision of Block Thirteen (13) of Gales First Addition, Lot 010, Hennepin County, State of Minnesota | 30,000.00 |
| 3115 Thomas Ave N Minneapolis, MN | 08-029-24-42-0080 | Seallum Gates Third Addition to Minneapolis, Lot 004, Hennepin County, State of Minnesota | 30,000.00 |
| 2315 Aldrich Ave N Minneapolis, MN | 16-029-24-11-0062 | Highland Park Addition to the City of Minneapolis, Lot 004, Block 012, Hennepin County, State of Minnesota | 35,000.00 |
| 3507 Morgan Ave N Minneapolis, MN | 09-029-24-22-0162 | Egbert's Second Addition to Minneapolis, Lot 014, Block 002, Hennepin County, State of Minnesota | 20,000.00 |
| 3455 James Ave N Minneapolis, MN | 09-029-24-21-0155 | Nimmons and Pratt's Addition to Minneapolis, Lot 002, Block 005, Hennepin County, State of Minnesota | 50,000.00 |
| 1518 Thomas Ave N Minneapolis, MN | 17-029-24-44-0176 **JUDGMENT** | W H Lauderdales Addition to Minneapolis, Lot 027, Block 001, Hennepin County, State of Minnesota | 50,000.00 |
| 3019 Colfax Ave N Minneapolis, MN | 09-029-24-41-0210 | The Oakland Addition to Minneapolis, S 41 33/100 Ft of N 81 33/100 Ft of the E 12 Ft of Lot 3, Block 010, Hennepin County, State of Minnesota | 30,000.00 |
| 1223 – 26TH Ave N Minneapolis, MN (SHOP) | 16-029-24-12-0128 | Highland Park Addition to the City of Minneapolis, W 40 Ft of Lot 14 and W 40 Ft of N 38 Ft of Lots 13 and 14, Block 042, Hennepin County, State of Minnesota | 5,000.00 |

| Address | Parcel ID | Legal Description | Value |
|---|---|---|---|
| 3015 Colfax Ave N Minneapolis, MN | 09-029-24-41-0211 | The Oakland Addition to Minneapolis, That Part of Lots 1 and 2 and that Part of the E 12 Ft of Lot 3 Lying S of the N 81 33/100 Ft thereof of Lots 1, 2 and 3, Block 010, Hennepin County, State of Minnesota | 25,000.00 |
| 1410 Newton Ave N Minneapolis, MN | 16-029-24-33-0125 | Rosedale Park, Lot 011, Block 033, Hennepin County, State of Minnesota | 30,000.00 |
| 2923 Oliver N Minneapolis, MN | 09-029-24-32-0042 | Forest Park Addition to Minneapolis, Lot 002, Block 004, Hennepin County, State of Minnesota | 30,000.00 |
| 3019 Upton N Minneapolis, MN | 08-029-24-42-0116 | Seallum Gates' Fourth Addition to Minneapolis, Lot 010, Hennepin County, State of Minnesota | 20,000.00 |
| 3111 Upton N Minneapolis, MN | 08-029-24-42-0170 | Seallum Gates' Fourth Addition to Minneapolis, Lots 5 and 6, Hennepin County, State of Minnesota | 35,000.00 |
| 1425 Upton N Minneapolis, MN | 17-029-24-43-0031 | Auditor's Subdivision No. 046, Lot 005, Hennepin County, State of Minnesota | 25,000.00 |
| 2955 Colfax Ave N Minneapolis, MN | 09-029-24-41-0089 | Harmony Terrace, Lot 002, Block 004, Hennepin County, State of Minnesota | 30,000.00 |
| 3906 Emerson Ave N Minneapolis, MN | 04-029-24-42-0067 **JUDGMENT** | Higgins and Sinclair's Addition to Minneapolis, Lot 017, Block 001, Hennepin County, State of Minnesota | 30,000.00 |
| 2711 Fremont Ave N Minneapolis, MN | 09-029-24-43-0121 | Fairmount Park Addition to Minneapolis, Lot 005, Block 026, Hennepin County, State of Minnesota | 30,000.00 |
| 2819 Fremont Ave N Minneapolis, MN | 09-029-24-43-0104 | Fairmount Park Addition to Minneapolis, Lot 003, Block 025, Hennepin County, State of Minnesota | 25,000.00 |
| 2322 Irving Ave N Minneapolis, MN | 16-029-24-21-0139 | Forest Heights, Com at SW Cor of Lot 5 Thence E 82 2/10 Ft Thence NWLY 40 Ft to a Pt 85 3/10 Ft from WLY Line of Lot 5 Thence WLY Parallel with S Line thereof 85 3/10 Ft to W Line Thence to Beginning, Lot 005, Block 011, Hennepin County, State of Minnesota | 35,000.00 |
| 2623 Knox Ave N Minneapolis, MN | 09-029-24-34-0062 | On the Heights, an Addition to Minneapolis, Lot 002, Block 002, Hennepin County, State of Minnesota | 35,000.00 |

| Address | PID | Legal Description | Value |
|---|---|---|---|
| 3103 Logan Ave N Minneapolis, MN | 09-029-24-32-0061 | Hamisch's Addition to Minneapolis, Lot 007, Hennepin County, State of Minnesota | 25,000.00 |
| 2910 Newton Ave N Minneapolis, MN | 09-029-24-32-0024 | Forest Park Addition to Minneapolis, Lot 010, Block 002, Hennepin County, State of Minnesota | 35,000.00 |
| 2623 Oliver Ave N Minneapolis, MN | 09-029-24-33-0213 | Supplement to Forest Heights Minneapolis, Lot 002, Block 012, Hennepin County, State of Minnesota | 30,000.00 |
| 3335 Oliver Ave N Minneapolis, MN | 09-029-24-23-0090 | Latimer's Addition to Minneapolis, Lot 007, Block 002, Hennepin County, State of Minnesota | 40,000.00 |
| 2735 Queen Ave N Minneapolis, MN | 08-029-24-44-0015 | Nichols-Frissell Co.'s Penn-Lawn Addition to Minneapolis, Lot 007, Block 001, Hennepin County, State of Minnesota | 35,000.00 |
| 916 – 30th Ave N Minneapolis, MN | 09-029-24-41-0167 | The Oakland Addition to Minneapolis, Lot 012, Block 007, Hennepin County, State of Minnesota | 35,000.00 |
| 1415 – 14th Ave N Minneapolis, MN | 16-029-24-34-0041 | Crepeau's Addition to Minneapolis, Lot 002, Block 003, Hennepin County, State of Minnesota | 30,000.00 |
| 1711 – 25th Ave N Minneapolis, MN | 16-029-24-21-0067 | Forest Heights, Lot 008, Block 008, Hennepin County, State of Minnesota | 35,000.00 |
| 3345 – 6th Street N Minneapolis, MN | 10-029-24-23-0035 | Baker's 4th Addition to Minneapolis, Lot 002, Block 008, Hennepin County, State of Minnesota | 30,000.00 |
| 3701 – 6th Street N Minneapolis, MN | 03-029-24-33-0030 **JUDGMENT** | Nichols-Frissell Co.s' Lyndale Park Addition to Minneapolis, Lot 010, Block 003, Hennepin County, State of Minnesota | 35,000.00 |
| 3725 – 6th Street N Minneapolis, MN | 03-029-24-33-0159 | Seth Abbott's Addition to the City of Minneapolis, S 30 Ft of Lot 7 and N 10 Ft of Lots 7 and 8, Block 004, Hennepin County, State of Minnesota | 25,000.00 |
| 3111 Newton Ave N Minneapolis, MN | 09-029-24-32-0088 | Hamisch's Second Addition to Minneapolis, Lot 005, Block 001, Hennepin County, State of Minnesota | 35,000.00 |
| 1110 – 27th Ave N Minneapolis, MN | 09-029-24-43-0023 | Fairmount Park Addition to Minneapolis, W 27 94/100 Ft of Lots 6 and 7 and the E 11 Ft of W 38 94/100 Ft of N 28 Ft of Lot 6, Block 018, Hennepin County, State of Minnesota | 25,000.00 |

| | | | |
|---|---|---|---|
| 3210 Upton Ave N Minneapolis, MN | 08-029-24-13-0179 | Branham and Greenleaf's Addition to Minneapolis, Lot 011, Block 017, Hennepin County, State of Minnesota | 8,000.00 |
| 2926 Oliver Ave N Minneapolis, MN | 09-029-24-32-0040 | Forest Park Addition to Minneapolis, Lot 014, Block 003, Hennepin County, State of Minnesota | 30,000.00 |
| 2622 Irving Ave N Minneapolis, MN | 09-029-24-34-0192 | Woodlawn, Lot 020, Block 001, Hennepin County, State of Minnesota | 25,000.00 |
| 3451 James Ave N Minneapolis, MN | 09-029-24-21-0156 | Nimmons and Pratt's Addition to Minneapolis, Lot 003, Block 005, Hennepin County, State of Minnesota | 25,000.00 |
| 3611 Queen Ave N Minneapolis, MN | 05-029-24-44-0086 | Oakwood Addition to Minneapolis, Lot 005, Block 007, Hennepin County, State of Minnesota | 30,000.00 |
| 3743 Bryant Ave N Minneapolis, MN | 04-029-24-44-0061 | Walton Park Lot 005, Block 003, Hennepin County, State of Minnesota | 30,000.00 |
| 3313 Lyndale Ave N Minneapolis, MN | 09-029-24-14-0097 | Baker's 4th Addition to Minneapolis, Lot 003, Block 016, Hennepin County, State of Minnesota | 30,000.00 |
| 2411 Irving Ave N Minneapolis, MN | 16-029-24-21-0148 | Forest Heights, Lot 002, Block 012, Hennepin County, State of Minnesota | 25,000.00 |
| 1411 – 24th Ave N Minneapolis, MN | 16-029-24-21-0136 | Forest Heights, That Part of Lots 3, 4 and 5, described as Com at NW Corner of Lot 3 th sly along Wly Line of Lots 3 and 4 Dist 55.25 ft the Ely par with N Line of Lot 3 Dist 88.8 Ft to act Pt of Beg the Cont Ely along said Par Line to its intersection with a Lin run from a Pt on N Line of Lot 3 Dist 45 Ft W from NE Cor thereof to a Pt on S Line of Lot 5 Dist 40 Ft W frm SE Corner thereof Th Nly along last Desc Line to N Line of Lot 3 the Ely to NE Cor thereof th Sely to Se Cor of Lot 5 th Wly along S Line of Lot 5 to a Pt Dist 82.2 Ft E of SW cor thereof th Nly to beg, Block 011, Hennepin County, State of Minnesota | 25,000.00 |
| 2946 Colfax Ave N Minneapolis, MN | 09-029-24-41-0084 | Harmony Terrace, Lot 027, Block 003, Hennepin County, State of Minnesota | 30,000.00 |

| Address | PID | Legal Description | Value |
|---|---|---|---|
| 3215 Knox Ave N Minneapolis, MN | 09-029-24-24-0057 | Logan Avenue Addition to Minneapolis, Lot 011, Hennepin County, State of Minnesota | 30,000.00 |
| 1000 Logan Ave N Minneapolis, MN | 21-029-24-21-0125 | Oak Park Addition to Minneapolis, Lot 17 and 18 Except the N 83 Ft thereof, Block 005, Hennepin County, State of Minnesota | 25,000.00 |
| 2958 Russell Ave N Minneapolis, MN | 08-029-24-41-0175 | Queen Avenue Addition to Minneapolis, Lot 030, Block 002, Hennepin County, State of Minnesota | 30,000.00 |
| 2500 Humboldt Ave N Minneapolis, MN | 16-029-24-12-0146 **JUDGMENT** | Highland Park Addition to the City of Minneapolis, S 2 Ft of 89 Ft of E 179 Ft of Lot 7, Block 043, Hennepin County, State of Minnesota | 10,000.00 |
| 2805 Oliver Ave N Minneapolis, MN | 09-029-24-33-0006 | Forest Park Addition to Minneapolis, Lot 006, Block 005, Hennepin County, State of Minnesota | 25,000.00 |
| 1118 – 24th Ave N Minneapolis, MN | 16-029-24-12-0162 | Highland Park Addition to the City of Minneapolis, 80 Ft of Lots 8, 9 and 10, Block 030, County of Hennepin, State of Minnesota | 35,000.00 |
| 3723 Fremont Ave N Minneapolis, MN | 04-029-24-43-0066 | Walton Park, Lot 010, Block 007, Hennepin County, State of Minnesota | 30,000.00 |
| 323 – 30th Ave N Minneapolis, MN (DUPLEX) | 10-029-24-32-0146 | Payne and Henderson's Subdivision in Blocks 24 and 25 of Morrison's Addition to North Minneapolis, Lot 017, Hennepin County, State of Minnesota | 35,000.00 |
| 2900 Queen Ave N Minneapolis, MN (DUPLEX) | 08-029-24-41-0102 | Penn Avenue Addition to Minneapolis, Lot 016, Block 002, Hennepin County, State of Minnesota | 35,000.00 |
| 723 Newton Ave N Minneapolis, MN | 21-029-24-23-0044 | Oak Park Addition to Minneapolis, Lot 002, Block 018, Hennepin County, State of Minnesota | 30,000.00 |
| 3446 Oliver Ave N, Minneapolis, MN | 09-029-24-22-0086 | Egbert's Addition to Minneapolis, Lot 026, Block 003, Hennepin County, State of Minnesota | 30,000.00 |
| 2811 Newton Ave N, Minneapolis, MN | 09-029-24-33-0019 | Forest Park Addition to Minneapolis, Lot 005, Block 006, Hennepin County, State of Minnesota | 28,000.00 |

| **FLORIDA PROPERTIES** | | | |
|---|---|---|---|
| 7855 E. Fletcher, #1813 Temple Terrace, FL | T-12-28-19-931-000000-1813.0 | The Preserve at Temple Terrace A Condominium Unit 1813 and an Undiv Int in Common Elements | 35,000.00 |
| 7855 E. Fletcher, #1823 Temple Terrace | T-12-28-19-931-000000-01823.0 | The Preserve at Temple Terrace A Condominium Unit 1823 and Undiv Int in Common Elements | 35,000.00 |
| 100006 Oakhurst Way Ft. Myers, FL | 03-45-25-P2-01600.0030 | Colonial Country Club Par 111 Desc in Pb 78 Pgs 49-52 Lot 3 | 190,000.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
    **Steven F Meldahl**
        Debtor(s).

**SIGNATURE DECLARATION**

Case No. 12-46965

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS  *A*
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

    I, Steven F. Meldahl, the undersigned debtor or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 1-2-13

X _/s/ signature_____    X _____
   Signature of Debtor or Authorized Representative    Signature of Joint Debtor

**Steven F Meldahl**
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)