## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Steven F. Meldahl,                                                                                      BKY 12-46965

        Debtor.

## NOTICE OF HEARING AND MOTION FOR ORDER
## DETERMINING VALUATION OF REAL PROPERTY

TO: Parties in Interest as Specified in Local Rule 9013-3.

1.      Steven F. Meldahl ("Debtor") moves the Court for the relief requested below and gives notice of hearing.

2.      The court will hold a hearing on the Debtor's request for relief at 2:00 p.m. on February 5, 2013 at the U.S. Bankruptcy Court, Federal Courthouse, Courtroom 2A, 316 North Robert Street, St. Paul, MN 55101, before the Honorable Gregory F. Kishel.

3.      Any response to the motion must be filed and delivered not later than January 31, 2013, which is five days before the date set for the final hearing. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED BEFORE THE DEADLINES NOTED ABOVE, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Fed.R.Bank.P. 5005, and Local Rule 1070-1. This is a core proceeding. The petition commencing this Chapter 11 case was filed on December 12, 2012. The case is now pending in this Court.

5.      This motion arises under Fed.R.Bank.P. 3012 and 9014.  This motion is filed under Local Rules 2002-1 and 9013-1 through 9013-3 and served under Fed.R.Bankr.P 7004. The Debtor is seeking relief in the form of an Order determining the value of the Debtor's real property, and accordingly determining the value of the Debtor's real property and the liens against the property.  The relief sought is pursuant to 11 U.S.C. §105, §506(a) and §506(d).

6.      The Debtor owns many properties that are rental properties.  The properties are located in the State of Minnesota and in the State of Florida.  Attached to this Motion is **Exhibit A.  Exhibit A** shows the location of the Debtor's rental properties, the Debtor's view as to the value of the properties and the names of the lienholders with respect to the properties.  Certain of the properties are subject to mortgages or judgments.  All of the properties are subject to liens for real estate taxes due and payable in 2013.

7.      **Exhibit A** shows (1) the property addresses, (2) the entities that have alleged secured claims and the amount of such debt and (3), the values of the properties.

8.      Pursuant to 11 U.S.C. §506(a) and (d), the Debtor believes that any claims or any portion of any claim over and above the values of the properties as stated above should be allowed only as unsecured claims.  Determination of the value of the properties will affect validity and amounts of liens, including secured claims and tax claims.

9.      The Debtor has challenged tax assessed values of his Minnesota rental properties since the onset of the recession in 2008.  As is common knowledge, the recession dramatically reduced the value of real property in Minnesota and throughout the US.  At the time of the filing of this case, the Debtor had pending in Minnesota Tax Court challenges to the tax assessed values on the Debtor's real properties.  The pending cases are:  Court File No.:  27-CV-10-9125 for the tax year 2010; Court File No. 27-CV-11-8510 for tax year 2011; and Court File No.: 27-

CV-12-9125 for tax year 2012.  One of the reasons for filing the instant Chapter 11 case by the Debtor is the Debtor's inability to obtain a determination of the value of his real property in the Minnesota Tax Court.

10.    As such, pursuant to Fed.R.Bankr.P. 3012, the Debtor requests the Court to determine the value of the liens, mortgages and interests in the Debtor's properties, thus requiring an Order determining the value of the Debtor's properties.  THE DEBTOR HEREBY GIVES NOTICE THAT BY THIS MOTION IT INTENDS TO ARRIVE AT A VALUE OF THE PROPERTIES ALLOWING THE DEBTOR THROUGH THE DEBTOR'S CHAPTER 11 PLAN TO STRIP OFF OR REDUCE THE LIENS OF ANY CREDITORS THAT ARE NOT SECURED DUE TO THE VALUE OF THE DEBTOR'S PROPERTIES.

11.    Pursuant to Local Rule 9013-2, Debtor gives notice that it may, if necessary, call the Debtor, Steven F. Meldahl, whose address is 18407 Bearpath Trail, Eden Prairie, MN 55347. In addition, the Debtor intends to call an appraiser and/or realtor familiar with the values of properties owned by the Debtor.  The proposed witnesses will testify regarding the value of the Debtor's properties.  The Debtor reserves the right to call any witnesses necessary to rebut any claims or facts presented by any party responding to the Motion.

WHEREFORE, Debtor moves the Court for an order determining that the value of the properties and granting such other and further relief that the Court deems just and equitable.

Dated: January 10, 2013.                    /e/ Steven B. Nosek
                                        Steven B. Nosek, #79960
                                        Attorney for Debtor
                                        2855 Anthony Lane South, Suite 201
                                        St. Anthony, MN 55418
                                        (612) 335-919
                                        snosek@visi.com

## VERIFICATION

I, Steven F. Meldahl, the Debtor named in the foregoing pleading, declare under penalty of perjury that the foregoing pleading is true and correct according to the best of my knowledge, information and belief.

Dated:  *1-10-13*

Steven F. Meldahl

**EXHIBIT A – PROPERTY VALUES**

| Property Address | Value | Debt | Lienholder |
|---|---|---|---|
| 2417 – 24th Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 3709 – 2nd Ave S, Minneapolis, Hennepin County, Minnesota | $85,000.00 | $322,000.00; and $14,111.00 | Mid Country Bank; Hennepin County |
| 1715 Thomas Ave N, Minneapolis, Hennepin County, Minnesota | $50,000.00 | $0.00 | Hennepin County |
| 2610 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 421 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $11,733.00 | Hennepin County |
| 819 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2807 Knox Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $8,241.00 | Hennepin County |
| 2931 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 317-23rd Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 2442-15th Ave S, Minneapolis, Hennepin County, Minnesota | $105,500.00 | $322,000.00; and $14,111.00 | Mid Country Bank; and Hennepin County |
| 1646 Washburn Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2306 James Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $16,789.00 | Hennepin County |
| 810 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 528 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $45,000.00 | $250,000.00 | Bridgewater Bank; and Hennepin County |
| 1523 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 425-24th Ave N, Minneapolis, Hennepin County, Minnesota (Duplex) | $30,000.00 | $43,125.00; and $9,644.00 | JSRS Capital, LLC; and Hennepin County |
| 4220 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 | $0.00 | Hennepin County |

| Property Address | Value | Debt | Lienholder |
|---|---|---|---|
| 321- 31st Ave N, Minneapolis, Hennepin County, Minnesota | $45,000.00 | $50,000.00 | Bridgewater & Hennepin County |
| 2219 – 29th Ave N, Minneapolis, Hennepin County, Minnesota (DUPLEX) | $30,000.00 | $0.00 | Hennepin County |
| 2319 Aldrich Avenue N, Minneapolis, Hennepin County, Minnesota | $45,000.00 | $250,000.00 | Bridgewater & Hennepin County |
| 2634 - 13th Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 | $9,036.00 | Hennepin County |
| 1714 Queen Ave N, Minneapolis, Hennepin County, Minnesota | $60,000.00 | $11,445.00 | Hennepin County |
| 2942 Dupont Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 | $13,217.00 | Hennepin County |
| 2539 – 12th Ave S, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3115 Thomas Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2315 Aldrich Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 3311 Oakland Ave S, Minneapolis, Hennepin County, Minnesota | $119,000.00 | $176,000.00 | Private Bank |
| 2815 – 14th Ave S, Minneapolis, Hennepin County, Minnesota | $50,000.00 | $43,125.00; and $9,644.00 | JSRS Capital, LLC; and Hennepin County |
| 3507 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $20,000.00 | $0.00 | Hennepin County |
| 2018 – 11th Ave S, Minneapolis, Hennepin County, Minnesota | $50,000.00 | $176,000.00 | Private Bank & Hennepin County |
| 3455 James Ave N, Minneapolis, Hennepin County, Minnesota | $50,000.00 | $0.00 | Hennepin County |
| 1518 Thomas Ave N, Minneapolis, Hennepin County, Minnesota | $50,000.00 | $13,166.00 | Hennepin County |
| 3019 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2414 Logan Ave N, Minneapolis, Hennepin County, Minnesota | $45,000.00 | $250,000.00 | Bridgewater & Hennepin County |
| 1223 – 26th Ave N, Minneapolis, Hennepin County, Minnesota (SHOP) | $5,000.00 | $0.00 | Hennepin County |

| Property Address | Value | Debt | Lienholder |
|---|---|---|---|
| 3015 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 1410 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2923 Olive N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3019 Upton N, Minneapolis, Hennepin County, Minnesota | $20,000.00 | $0.00 | Hennepin County |
| 3111 Upton N, Minneapolis, Hennepin County, Minnesota | $35,000 | $0.00 | Hennepin County |
| 1425 Upton N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 2955 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3906 Emerson Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $14,192.00 | Hennepin County |
| 2711 Fremont Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2819 Fremont Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 2322 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 2623 Knox Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 3103 Logan Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 2910 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 2623 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3335 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 | $0.00 | Hennepin County |
| 2735 Queen Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 916 – 30th Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 1415 – 14th Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 1711 – 25th Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $0.00 | Hennepin County |
| 3345 – 6th St N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3701 – 6th St N, Minneapolis, Hennepin County, Minnesota | $35,000.00 | $11,366.00 | Hennepin County |

| Property Address | Value | Debt | Lienholder |
|---|---|---|---|
| 3725 – 6th St N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 3111 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $31,500.00 | $0.00 | Hennepin County |
| 7409 Hyde Park Dr, Edina, Hennepin County, Minnesota (Office) | $414,000.00 | $560,000.00 | TCF Bank & Hennepin County |
| 1110 – 27th Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 3210 Upton Ave N, Minneapolis, Hennepin County, Minnesota | $8,000.00 | $0.00 | Hennepin County |
| 2926 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2622 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 3451 James Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 3611 Queen Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3743 Bryant Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3313 Lyndale Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2411 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 1411 – 24th Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 2946 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 4411 Aldrich Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 | $250,000.00 | Bridgewater Bank |
| 3215 Knox Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 1000 Logan Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 2958 Russell Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2500 Humboldt Ave N, Minneapolis, Hennepin County, Minnesota | $10,000.00 | $25,005.00 | Hennepin County |
| 2805 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 | $0.00 | Hennepin County |
| 1118 – 24th Ave N, Minneapolis, Hennepin County, Minnesota | $22,500.00 | $0.00 | Hennepin County |
| 3723 Fremont Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |

| Property Address | Value | Debt | Lienholder |
|---|---|---|---|
| 323 – 30th Ave N, Minneapolis, Hennepin County, Minnesota (DUPLEX) | $35,000.00 | $0.00 | Hennepin County |
| 2900 Queen Ave N, Minneapolis, Hennepin County, Minnesota (DUPLEX) | $35,000.00 | $0.00 | Hennepin County |
| 723 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 3446 Oliver Ave. N, Minneapolis, Hennepin County, Minnesota | $30,000.00 | $0.00 | Hennepin County |
| 2811 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $28,000.00 | $0.00 | Hennepin County |
| 7855 E. Fletcher, #1813, Temple Terrace, FL | $35,000.00 | $0.00 | |
| 7855 E. Fletcher, #1823, Temple Terrace, FL | $35,000.00 | $0.00 | |
| 10006 Oakhurst Way, Ft. Myers, FL | $190,000.00 | $0.00 | |
| 9086 Prosperity Way, Ft. Myers, FL | $295,594.00 | $358,367.00 | Wachovia Mortgage |

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Steven F. Meldahl,                                                     BKY 12-46965

        Debtor.

## MEMORANDUM OF LAW

Steven F. Meldahl ("Debtor") submits this Memorandum of Law in support of his Motion for Order Determining Valuation of Real Estate ("Motion").

## I. STATEMENT OF FACTS

The Debtor relies on the statement of facts contained in the verified Motion and incorporates the same herein.

## II.      STATEMENT OF LAW AND DISCUSSION

Rule 3012 of the Federal Rules of Bankruptcy Procedure provides as follows:

> The court may determine the value of a claim secured by a lien on property in which the estate has an interest on motion of any party in interest and after a hearing on notice to the holder of the secured claim and any other entity as the court may direct.

A debtor seeking to determine liens may do so by filing a Rule 3012 motion or may do so when the Debtor proposes a plan of reorganization.  In re Bennett, 312 B.R. 847, 848 (Bankr. W.D. Kentucky 2004).

11 U.S.C. §506 allows the Court to determine the value of assets in a bankruptcy estate and whether or not a creditor is fully secured, partly secured or unsecured.  The determination of the value of the debtor's property is a key consideration in all Chapter 11 proceedings.

Here, the value of the Debtor's property and the determination of liens will allow the

Debtor to move forward with his reorganization.

### III. CONCLUSION

For the reasons set forth herein, the Debtor asks this Court to find that the values of the

properties are as stated in the Debtor's motion.


Dated: January 10, 2013.                                     /e/ Steven B. Nosek
                                                      Steven B. Nosek, #79960
                                                      Attorney for Debtor
                                                      2855 Anthony Lane South, Suite 201
                                                      St. Anthony, MN 55418
                                                      (612) 335-919
                                                      snosek@visi.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                                          BKY No.: 12-46965
                                                                     Chapter 11

**Steven F. Meldahl,**

    **Debtor.**

_____

## CERTIFICATE OF SERVICE

_____

I hereby certify that on January 10, 2013, I caused a copy of the Notice of Hearing and
Motion for Order Determining Valuation of Real Property; Memorandum of Law; and
Proposed Order to be filed electronically with the Clerk of Court through ECF, and that
ECF will send an e-notice of the electronic filing to the following:

    US Trustee: ustpregion12.mn.ecf@usdoj.gov, ecfbkup@comcast.net
    Orin J. Kipp: okipp@wilfordgeske.com, mboelen@wilfordgeske.com;
        lfrancis@wgcmn.com
    Michael E. Ridgway:  mike.ridgway@usdoj.gov
    Rebecca S. Holschuh:  Rebecca.holschuh@co.hennepin.mn.us,
        barb.besta@co.hennepin.mn.us,
        Suzanne.ryan@co.hennepin.mn.us

      I further certify that I caused a copy of the Notice of Hearing and Motion for Order
Determining Valuation of Real Property; Memorandum of Law; and Proposed Order to
be mailed by US Mail to the following:

| | | |
|---|---|---|
| Adams Pest Control<br>Box 233<br>Medina MN 55340 | Always Drains Ltd<br>135 E Golden Lake Lane<br>Circle Pines MN 55014 | Bridgewaters Bank<br>3800 American Blvd W<br>#100<br>Bloomington MN 55431 |
| Centerpoint Energy<br>PO Box 1144<br>Minneapolis MN 55440-<br>1144 | Chubb Insurance<br>c/o Next Wave Services,<br>LLC<br>402 W Broadway #740<br>San Diego CA 92101 | City of Eden Prairie<br>8080 Mitchell Road<br>Eden Prairie MN 55344 |
| City of Minneapolis<br>City Hall - Room 304<br>350 South 5th Street<br>Minneapolis MN 55415 | City of Minneapolis<br>250 South 4th St, Room<br>230<br>Minneapolis MN 55415 | Colonial Country Club<br>9181 Independence Way<br>Fort Myers FL 33913 |
| Condo & HOA Law Group<br>2030 Mc Gregor Blvd.<br>Fort Myers FL 33901 | Country Club Rentals, Inc.<br>8961 Daniels Center Dr.,<br>#407<br>Fort Myers FL 33912 | Dave's Floor Sanding<br>1451 - 92nd Lane NE<br>Blaine MN 55449 |

| | | |
|---|---|---|
| David Shalman Law Office<br>1005 W. Franklin Ave, #3<br>Minneapolis MN 55405 | France Avenue Physicians<br>7250 France Ave, #410<br>Edina MN 55435 | Hennepin County<br>A600 - Government Center<br>300 S 6th Street<br>Minneapolis MN 55487 |
| JSRS Capital LLC<br>261 School Ave., Suite 240<br>Excelsior MN 55331 | Laboratory Corp of America<br>Box 2240<br>Burlington NC 27216 | Latoya Martin<br>3850 Bryant Avenue N<br>Minneapolis MN 55412 |
| Les James Roofing<br>941 W 80th Street<br>Bloomington MN 55420 | Macy's<br>PO Box 689195<br>Des Moines IA 50368-9195 | MidCountry Bank, fsb<br>14617 Highway 7<br>Minnetonka MN 55345 |
| National Exemption Svc<br>Inc.<br>PO Box 9020<br>Clearwater FL 33758 | Park Nicollet<br>Customer Service<br>3800 Park Nicollet Blvd<br>St. Louis Park MN 55416-2699 | Peak Heating & Cooling<br>Inc.<br>7810 Park Drive<br>Chanhassen MN 55317 |
| Phillip & Cantina Taylor<br>3022 Golden Valley Rd<br>Minneapolis MN 55422 | Preserve Temple Terrace<br>Condo<br>c/o Atlantic & Pacific Assoc.<br>622 Banyan Trail #150<br>Boca Raton FL 33431 | Private Bank<br>222 South 9th Street<br>Minneapolis MN 55402 |
| Safeco Insurance<br>c/o Brown & Joseph Ltd.<br>Box 59838<br>Schaumburg IL 60159 | Samuel J.H. Sigelman<br>Lindquist & Vennum<br>80 S 8th Street, #4200<br>Minneapolis MN 55402 | Signature Bank<br>9800 Bren Road, #200<br>Minnetonka MN 55343-6400 |
| Stern Heating<br>12753 120th Avenue<br>Goodhue MN 55027 | Surface Renew<br>9637 Anderson Lakes Pkwy<br>#109<br>Eden Prairie MN 55344 | Target National Bank<br>c/o Payment Processing<br>PO Box 660170<br>Dallas TX 75266-0170 |
| TCF Bank<br>801 Marquette Avenue<br>Minneapolis MN 55402 | Wachovia Mortgage<br>Loan Modifications T7416-010<br>PO Box 659558<br>San Antonio TX 78265-9558 | Wyatt S. Partridge<br>Foley & Mansfield PLLP<br>250 Marquette Ave #1200<br>Minneapolis MN 55401 |

| XCel Energy<br>PO Box 9477<br>Minneapolis MN 55484-9477 | Steven F. Meldahl<br>18407 Bearpath Trail<br>Eden Prairie, MN 55347 | Ryan R. Dreyer<br>Morrison Sund PLLC<br>5125 County Road 101, #200<br>Minnetonka MN 55345 |

Dated this 10th day of January, 2013.

/e/ Steven B. Nosek_____
Steven B. Nosek, #79960
2855 Anthony Lane South, Suite 201
St. Anthony, MN 55418
(612) 335-9171
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Steven F. Meldahl,                                                    BKY 12-46965

        Debtor.

## ORDER DETERMINING VALUATION OF REAL PROPERTY

      This matter came before the court on the motion for an order determining valuation of real property filed by the debtor. Appearances were as noted in the record. Based on the motion, IT IS ORDERED:

1.     The debtor's motion is granted.

2.     The properties, as described in the motion, have values as follows:

| Property Address | Value |
|---|---|
| 2417 – 24th Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 3709 – 2nd Ave S, Minneapolis, Hennepin County, Minnesota | $85,000.00 |
| 1715 Thomas Ave N, Minneapolis, Hennepin County, Minnesota | $50,000.00 |
| 2610 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 421 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 819 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2807 Knox Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2931 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 317-23rd Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 2442-15th Ave S, Minneapolis, Hennepin County, Minnesota | $105,500.00 |
| 1646 Washburn Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |

| | |
|---|---|
| 2306 James Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 810 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 528 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $45,000.00 |
| 1523 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 425-24th Ave N, Minneapolis, Hennepin County, Minnesota (Duplex) | $30,000.00 |
| 4220 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 |
| 321-31st Ave N, Minneapolis, Hennepin County, Minnesota | $50,000.00 |
| 2219 Aldrich Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2319 Aldrich Avenue N, Minneapolis, Hennepin County, Minnesota | $45,000.00 |
| 2634 - 13th Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 |
| 1714 Queen Ave N, Minneapolis, Hennepin County, Minnesota | $60,000.00 |
| 2942 Dupont Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 |
| 2539 – 12th Ave S, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3115 Thomas Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2315 Aldrich Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 3311 Oakland Ave S, Minneapolis, Hennepin County, Minnesota | $119,000.00 |
| 2815 – 14th Ave S, Minneapolis, Hennepin County, Minnesota | $50,000.00 |
| 3507 Morgan Ave N, Minneapolis, Hennepin County, Minnesota | $20,000.00 |
| 2018 – 11th Ave S, Minneapolis, Hennepin County, Minnesota | $50,000.00 |
| 3455 James Ave N, Minneapolis, Hennepin County, Minnesota | $50,000.00 |
| 1518 Thomas Ave N, Minneapolis, Hennepin County, Minnesota | $50,000.00 |
| 3019 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |

| | |
|---|---|
| 2414 Logan Ave N, Minneapolis, Hennepin County, Minnesota | $45,000.00 |
| 1223 – 26th Ave N, Minneapolis, Hennepin County, Minnesota (SHOP) | $5,000.00 |
| 3015 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 1410 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2923 Oliver N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3019 Upton N, Minneapolis, Hennepin County, Minnesota | $20,000.00 |
| 3111 Upton N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 1425 Upton N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 2955 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3906 Emerson Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2711 Fremont Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2819 Fremont Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 2322 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 2623 Knox Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 3103 Logan Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 2910 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 2623 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3335 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 |
| 2735 Queen Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 916 – 30th Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 1415 – 14th Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 1711 – 25th Ave N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |

| | |
|---|---|
| 3345 – 6th St N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3701 – 6th St N, Minneapolis, Hennepin County, Minnesota | $35,000.00 |
| 3725 – 6th St N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 3111 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $31,500.00 |
| 7409 Hyde Park Dr, Edina, Hennepin County, Minnesota (Office) | $414,000.00 |
| 1110 – 27th Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 3210 Upton Ave N, Minneapolis, Hennepin County, Minnesota | $8,000.00 |
| 2926 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2622 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 3451 James Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 3611 Queen Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3743 Bryant Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3313 Lyndale Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2411 Irving Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 1411 – 24th Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 2946 Colfax Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 4411 Aldrich Ave N, Minneapolis, Hennepin County, Minnesota | $40,000.00 |
| 3215 Knox Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 1000 Logan Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |
| 2958 Russell Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2500 Humboldt Ave N, Minneapolis, Hennepin County, Minnesota | $10,000.00 |
| 2805 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $25,000.00 |

| | |
|---|---|
| 1118 – 24th Ave N, Minneapolis, Hennepin County, Minnesota | $22,500.00 |
| 3723 Fremont Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 323 – 30th Ave N, Minneapolis, Hennepin County, Minnesota (DUPLEX) | $35,000.00 |
| 2900 Queen Ave N, Minneapolis, Hennepin County, Minnesota (DUPLEX) | $35,000.00 |
| 723 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 3446 Oliver Ave N, Minneapolis, Hennepin County, Minnesota | $30,000.00 |
| 2811 Newton Ave N, Minneapolis, Hennepin County, Minnesota | $28,000.00 |
| 7855 E. Fletcher, #1813, Temple Terrace, FL | $35,000.00 |
| 7855 E. Fletcher, #1823, Temple Terrace, FL | $35,000.00 |
| 10006 Oakhurst Way, Ft. Myers, FL | $190,000.00 |
| 9086 Prosperity Way, Ft. Myers, FL | $295,594.00 |

Dated: _____            _____

Gregory F. Kishel
United States Bankruptcy Judge