### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MINNESOTA

In re:

**Steven F. Meldahl**  **Case No. 12-46965**

**Chapter 11**

**Debtor.**

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

---

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Section 1109(b) of the Bankruptcy Code, the undersigned hereby notes her appearance as attorney on behalf of Bridgewater Bank in the above-captioned matter, and requests that a copy of all notices given and all papers, including pleadings, motions, applications, orders and reports, served or filed in this case, be served upon the undersigned at the office address set forth below.

**ECKBERG, LAMMERS, BRIGGS,
WOLFF & VIERLING, PLLP**

Dated: January 11, 2013.          By: /s/ Rebecca S. Christensen
Rebecca S. Christensen, Esq. #0388272
*Attorneys for Bridgewater Bank*
1809 Northwestern Avenue
Stillwater, MN 55082
(651) 439-2878

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

**In re:**

**Steven F. Meldahl**                                                          Case No.  12-46965
                                                                                                              **Chapter 11**
                            **Debtor.**

---

## UNSWORN CERTIFICATE OF SERVICE

---

I, Danette A. Langness, hereby declare on January 11, 2013, I caused the following document:

**Notice of Appearance and Request for Notices**

to be filed electronically with the Bankruptcy Court of the United States, District of Minnesota, through ECF and that a copy of said document has been served through notification by ECF of the parties receiving notice through the system.


Dated:  January 11, 2013.                                By: /s/ Danette A. Langness
                                                                                    Danette A. Langness