# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| In Re: | Case No.: 12-46965 |
|---|---|
| Steven F. Meldahl, | Chapter 11 |
| Debtor. | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE pursuant to Bankruptcy Rule 9010(b), that Foley & Mansfield, P.L.L.P. and Thomas J. Lallier, Foley & Mansfield, P.L.L.P., 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401, telephone number (612) 338-8788, facsimile number (612) 338-8690, E-mail address tlallier@foleymansfield.com, are the attorneys for TCF National Bank in the above-captioned bankruptcy proceeding and said attorneys do hereby enter their appearance as counsel for the Creditor.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Rule 2002 that the undersigned requests that all notices and papers specified by the Rule and all other notices given or required to be given in this case and all other papers served or required to be served in this case be given to and served upon:

> Thomas J. Lallier
> Foley & Mansfield, P.L.L.P.
> 250 Marquette Avenue, Suite 1200
> Minneapolis, MN 55401
> tlallier@foleymansfield.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents or items of correspondence brought before this Court with respect to these

proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: January 15, 2013                                **FOLEY & MANSFIELD PLLP**


                BY: /e/ Thomas J. Lallier
                     Thomas J. Lallier (#163041)
                     Foley & Mansfield, PLLP
                     250 Marquette Avenue, Suite 1200
                     Minneapolis, MN  55401
                     Telephone:  (612) 338-8788
                     Fax:  (612) 338-8690
                     tlallier@foleymansfield.com

                     **ATTORNEYS FOR TCF NATIONAL BANK**

## Unsworn Affidavit of Service

STATE OF MINNESOTA    )
                                  ) ss.
COUNTY OF HENNEPIN    )

    I, Jacquelyn J. LaVaque, declare under penalty of perjury that on January 15, 2013, I mailed copies of the attached **Notice of Entry of Appearance and Request for Service** by first class mail, postage prepaid, to each entity named below at the address stated below for each entity:

Steven F. Meldahl
18407 Bearpath Trail
Eden Prairie, MN 55347

Michael E. Ridgway
U.S. Trustee Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Rebecca Stark Holschuh
Hennepin County Attorney's Office
A-2000 Government Center
300 South Sixth Street
Minneapolis, MN 55487-0200

Steven Nosek
2855 Anthony Ln. S., Ste. 201
St. Anthony, MN 55418

Orin J. Kipp
Wilford, Geske & Cook P.A.
8425 Seasons Parkway, Suite 105
Woodbury, MN 55125-4393

Rebecca S. Christensen, Esq.
1809 Northwestern Avenue
Stillwater, MN 55082

Executed on: January 15, 2013

Signed: /e/ Jacquelyn J. LaVaque
    Jacquelyn J. LaVaque
    Foley & Mansfield, P.L.L.P.
    250 Marquette Avenue, Suite 1200
    Minneapolis, MN 55401