DEBTOR: Steven Meldahl

CASE NUMBER: 12-46965

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending 12-31-12

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court, 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☒ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☒ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☒ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 1/19/13

Print Name: Steven Meldahl

Signature: [signature]

Title: Debtor in Possession

Rev 01/01/08

/

**DEBTOR:** Steven Meldahl    **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12-12-12 to 1-1-13

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 5917.27 | _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 9,082.10 | |
|    Sale of Assets | | |
|    Loans/advances | | |
|    Other | | |
|    Total Cash Receipts | $ 9,082.10 | |
| 3. Cash Disbursements | | |
|    Operations | 12,267.96 | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 12,267.96 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | <3,185.96> | |
| 5. Ending Cash Balance (to Form 2-C) | $ 2731.41 | _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Page 1 of 3
Rev. 01/01/08

2

**DEBTOR:** Steven Meldahl   **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12-12-12 to 12-31-12

**CASH RECEIPTS DETAIL**   **Account No:**
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 12-18-12 | Tenants | rents - see deposit slip | $1,775.10 |
| 12-20-12 | Tenants | rents | 600.00 |
| 12-22-12 | Tenants | rents | 3,257.00 |
| 12-24-12 | Tenants | rents | 1,400.00 |
| 12-29-12 | Tenants | rents | 2,050.00 |

**Total Cash Receipts** $9,082.10 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

DEBTOR: Steven Meldahl            CASE NO: 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12-12-12 to 1-1-13

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

Account No:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 12-18 | 095 | Northside Appliance | Dryer 1118 24th N | $150.00 |
| 12-20 | 096 | District Court | Writ 2411 Irving | 55.00 |
| 12-20 | 097 | District Court | Writ 819 Newton | 55.00 |
| 12-21 | 098 | Bempath HOA | 18407 BP Trail - HOA | 260.00 |
| 12-21 | 099 | Fathechrook HOA | 9086 Prosperity - HOA | 475.00 |
| 12-22 | 100 | Reiher Mechanical | 3701 6th St - furnace | 197.50 |
| 12-22 | 4000 | Henn Cty Sheriff | Execute Writ - 2411 Irv | 70.00 |
| 12-22 | 4001 | Henn Cty Sheriff | Execute Writ - 819 Newt | 70.00 |
| 12-22 | 4002 | Bill Harvey | repairs - 2323 Irving | 807.00 |
| 12-22 | 4003 | Karen Harper | repairs - 1411 24th N | 944.00 |
| 12-22 | 4004 | Mike Suttles | cleanup - 1411 24th N | 184.00 |
| 12-22 | 4005 | Chuck Blair | repairs - 3743 Bryant | 465.00 |
| 12-22 | 4006 | Edina Water | Bill - 7409 Hyde | 112.60 |
| 12-22 | 4007 | Comcast | 7409 Hyde Park | 157.40 |
| 12-22 | 4008 | Center Pt - Gas | 7409 Hyde Park | 113.05 |
| 12-22 | 4009 | Pete Eliason | Inspection - 3311 Oak | 175.00 |
| 12-28 | 4010 | Oakhurst HOA | 10806 Oakhurst HOA | 318.00 |
| 12-27 | 2625 | Dist Court | Filing fee - evictions | 644.00 |
| 12-28 | 2626 | Bill Harvey | repairs - 3743 Bryant | 696.00 |
| 12-28 | 2627 | Rich Thompson | repairs - 3743 Bryant | 202.00 |
| 12-28 | 2628 | Verizon | cell phone bill | 634.58 |
| 12-28 | 2629 | Karen Harper | repairs - 1411 24th N | 556.00 |
| 12-28 | 2630 | Mike Suttles | Eviction Services | 67.00 |
| 12-28 | 2631 | Centerlink | shop phone | 72.15 |
| 12-28 | 2632 | Chuck Blair | repairs - 3743 Bryant | 412.50 |
| 12-29 | 2633 | Colonial CC | Dues - 9086 Prosperity | 2,210.35 |
| 12-29 | 2634 | Xcel Energy | elec - 7409 Hyde | 119.42 |
| 12-29 | 2635 | Med America | Long term insurance | 431.60 |
| 12-29 | 2636 | Century Link | internet - notepad | 36.46 |
| 12-29 | 2638 | City of Temp Terrace | 2 condos - license fee | 400.00 |
| 12-31 | 2639 | Dist Court | Filing fee - evictions | 322.00 |
| 12-31 | 2640 | Dist Court | Writ - 1410 Newton | 55.00 |
| 12-31 | 2641 | Center Pt - Gas | 18407 Berrpath | 202.05 |
| 12-31 | 2642 | United Health | medical insurance | 23.26 |
| 12-31 | 2643 | Wisc Cred Union | Mollie school | 500.00 |
| 12-31 | 2644 | Henn Cty Sheriff | Execute writ - 1410 Newton | 70.00 |

Total Cash Disbursements  $12,267.96 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

9

DEBTOR: Steven Meldahl                     CASE NO: _____

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 12-12-12 to 1-1-13

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | | | | | |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | | | | | |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | | $ | | $ |
| Property (Fire, Theft) | Wilson Mutual | $ 1,975 | 11-15-13 | $ 2-15-13 |
| Vehicle | Wilson Mutual | $ 250/500 | 11-15-13 | $ 2-15-13 |
| Other (list): | | $ | | $ |
| 9 rental properties | Wilson Mutual | 500 liab 11-15-13 | | $ 2-15-13 |
| 7409 Hyde Park | State Auto | $533,000 | 12-27-13 | 7-27-13 |

Page 1 of 2
Rev. 01/01/06

11

DEBTOR: Steven Meldahl   CASE NO: 12-46965

## Form 2-G
## NARRATIVE
For Period Ending 12-31-12

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Nothing unusual except higher than normal evictions and skip outs than previous years due to economy in inner city

12