UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                          Chapter 11
                                                        Case No. 12-46965
Steven F. Meldahl

        Debtor

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 9010(b) and 2002(g) and

Section 1109(b) of the Bankruptcy Code, the undersigned hereby notices his appearance as

attorney for Private Bank Minnesota in the above-captioned matter and requests a copy of all

notices given and all papers, including pleadings, motions, applications, orders and reports,

served or failed in this case, be served upon the undersigned at the office address set forth below.

Dated: January 23, 2013                    LEIGHTON HETLAND PLLP


                                           By: /s/ Steven T. Hetland
                                           Steven T. Hetland, #159141
                                           Tel: (612) 215-3306
                                           Suite 2960
                                           222 South Ninth Street
                                           Minneapolis, MN 55402-3302
                                           (612) 659-8366
                                           *Attorneys for Private Bank Minnesota*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:                                                    Chapter 11
                                                    Case No. 12-46965
Steven F. Meldahl

          Debtor

---

### UNSWORN CERTIFICATE OF SERVICE
---

I, Steven T. Hetland, hereby declared on January 23, 2013, I caused the following

document:

### NOTICE OF APPEARANCE and REQUEST FOR NOTICES

to be filed electronically with the Bankruptcy Court of the United States, District of Minnesota,

through ECF and that a copy of said document has been served through notification by ECF of

the parties receiving notice through the system.


Dated: January 23, 2013                    LEIGHTON HETLAND PLLP


                                           By: /s/ Steven T. Hetland
                                           Steven T. Hetland, #159141
                                           Tel: (612) 215-3306
                                           Suite 2960
                                           222 South Ninth Street
                                           Minneapolis, MN 55402-3302
                                           (612) 659-8366
                                           *Attorneys for Private Bank Minnesota*