UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************************

In re:

STEVEN F. MELDAHL,

Debtor.

ORDER DENYING DEBTOR'S MOTION
FOR DETERMINATION OF VALUE OF
REAL PROPERTY

BKY 12-46965

****************************************************************************************************

At St. Paul, Minnesota
February 7, 2013.

       This Chapter 11 case came before the court on February 5, 2013, on the Debtor's motion for an order in which the value of 80-plus parcels of real estate would be found as a matter of fact. Four objections to the motion were filed. Appearances were noted in the record. On the proceedings at the hearing, including the ruling memorialized on the record,

       IT IS HEREBY ORDERED:

       1.    The Debtor's motion is denied.

       2.    The disposition of the Debtor's motion under Term 1 is without prejudice to the Debtor's raising and litigating the same issue via proceedings on confirmation of a plan.

       3.    The Debtor shall use a motion for approval of settlement(s) under Loc. R. Bankr. P. (D. Minn.) 9019-1(a), with the notice to creditors required by that rule, to place his settlements with certain parties on the issue of value before the court for possible adoption as findings.

       BY THE COURT:

       */e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/07/2013*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk