DEBTOR: Steven Meldahl                    MONTHLY OPERATING REPORT
                                          CHAPTER 11
CASE NUMBER: 12-46965

## Form 2-A
## COVER SHEET

For Period Ending 1-31-13

Accounting Method:  ☐ Accrual Basis    ☒ Cash Basis

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☒ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☒ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☒ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 2-8-13     Print Name: Steven Meldahl

                        Signature: /s/

                        Title: Debtor in possession

Rev. 01/01/08

**DEBTOR:** Steven Meldahl            **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1-1-13 to 2-1-13

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 2,731.41 | _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 67,802.89 | _____ |
|    Sale of Assets | _____ | _____ |
|    Loans/advances | _____ | _____ |
|    Other | _____ | _____ |
|    Total Cash Receipts | $ 67,802.89 | _____ |
| 3. Cash Disbursements | | |
|    Operations | 58,697.49 | _____ |
|    Debt Service/Secured loan payment | _____ | _____ |
|    Professional fees/U.S. Trustee fees | 325.00 | _____ |
|    Other | _____ | _____ |
|    Total Cash Disbursements | $ 59,022.49 | _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $8,780.40 | _____ |
| 5. Ending Cash Balance (to Form 2-C) | $ 11,511.81 | _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | _____ | $ _____ |
| DIP Operating Account | _____ | _____ |
| DIP State Tax Account | _____ | _____ |
| DIP Payroll Account | _____ | _____ |
| Other Operating Account | _____ | _____ |
| Other Interest-bearing Account | _____ | _____ |
| TOTAL (must agree with Ending Cash Balance above) | | $ _____ |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 01/01/08

**DEBTOR:** Steven Meldahl    **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1-1-13 to 2-1-13

**CASH RECEIPTS DETAIL**    **Account No:**
(attach additional sheets as necessary)

| Date | Payer | Description | Amount |
|---|---|---|---|
| 1-2-13 | Tenants | rents - see deposit slips | $ 4,046 |
| 1-2-13 | Tenants | " " | 3,710 |
| 1-4-13 | Tenants | " " | 4,300 |
| 1-4-13 | Tenants | " " | 3,925.89 |
| 1-7-13 | Tenants | " " | 7,805 |
| 1-9-13 | Tenants | " " | 4,800 |
| 1-9-13 | Tenants | " " | 1,605 |
| 1-10-13 | Tenants | " " | 2,230 |
| 1-14-13 | Tenants | " " | 2,667 |
| 1-14-13 | Tenants | " " | 2,145 |
| 1-15-13 | Tenants | " " | 4,085 |
| 1-16-13 | Tenants | " " | 2,590 |
| 1-21-13 | Tenants | " " | 11,274 |
| 1-23-13 | Tenants | " " | 1,462 |
| 1-28-13 | Tenants | " " | 4,118 |
| 1-30-13 | Tenants | " " | 1,000 |
| 1-30-13 | Tenants | " " | 1,100 |

**Total Cash Receipts**    $ 67,802.89 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Page 2 of 3
Rev. 01/01/08

DEBTOR: Steven Mulkall    CASE NO: 12-46965

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1-1-13 to 2-1-13

CHECKS

**CASH DISBURSEMENTS DETAIL**    **Account No:**
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 1-4-13 | 2645 | Michael Suttles | services on UDs | $148.00 |
| 1-4 | 2646 | Karen Harpen | repairs - 2411 Irving | 723.00 |
| 1-4 | 2647 | Will Harvey | repairs - 2942 Dupont | 561.00 |
| 1-4 | 2648 | Charles Blain | repairs 2942 Dupont | 492.50 |
| 1-4 | 4011 | JMB carpet | new cpt - 2942 Dupont | 799.83 |
| 1-5 | 2650 | NE Hardware | maintenance | 1,206.32 |
| 1-5 | 2651 | Welna Hardware | 3311 Oakland | 30.44 |
| 1-5 | 2652 | U.S. Bank | Mollie - College Books | 268.49 |
| 1-5 | 2653 | AAA | Auto | 244.00 |
| 1-5 | 2654 | MUEC | Elec bill - 18407 B.P | 474.00 |
| 1-5 | 2655 | Comcast | Internet/phone BP | 218.82 |
| 1-7 | 2656 | Dist Ct | writ 1410/2417 | 110.00 |
| 1-7 | 2658 | Mpls Wtr | 323 30th - wtr | 118.78 |
| 1-7 | 2659 | Cont Digest | cont ed. | 12.00 |
| 1-7 | 2660 | Veranda | 9086 Prosperity | 24.00 |
| 1-8 | 2661 | Bearpath | monthly bill BP | 314.83 |
| 1-8 | 2662 | Ryan Elec | 2414 Logan | 55.00 |
| 1-8 | 2663 | Sherill Moseley | 2622 Irv - deposit return | 950.00 |
| 1-8 | 2664 | Henn Cty Sheriff | writ 1410 Newton | 70.00 |
| 1-9 | 2665 | Pat Thomas Agency | Liability Insurance | 250.00 |
| 1-11 | 2666 | Dist Ct | writ - 3923 Fremont | 55.00 |
| 1-11 | 2667 | Will Harvey | repairs - 1523 Morgan | 816.00 |
| 1-11 | 2668 | Karen Harpen | repairs - 819 Newton | 693.00 |
| 1-11 | 2669 | Rich Thompson | repairs - 819 Newton | 337.00 |
| 1-11 | 2670 | Charles Blain | repairs - 3311 Oakland | 546.00 |
| 1-14 | 2671 | Dist Ct | 6 - evictions | 1,932.00 |
| 1-14 | 2672 | Dist Ct | 2 writs | 110.00 |
| 1-14 | 2673 | Henn Cty Sheriff | 3 writs served | 210.00 |
| 1-14 | 2674 | Fla Peninsula Ins | 9086 Prosperity Ins | 157.21 |
| 1-14 | 2675 | NS Appliance | 1118 24th dryer | 140.00 |
| 1-14 | 2676 | Michael Suttles | eviction services | 90.00 |
| 1-14 | 2677 | Will Harvey | repairs - 1523 Morgan | 951.00 |
| 1-14 | 2678 | FPL | 9086 Prosperity elec | 91.91 |
| 1-14 | 2679 | Cheney Cpt | 1523 Morgan pad | 60.83 |
| 1-15 | 2680 | Dist Ct | writ 2958 Russell | 55.00 |
| 1-17 | 2681 | Dist Ct | 2 evictions | 644.00 |

Total Cash Disbursements subtotal this page    $ 13,961.46 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Steven Meldahl    CASE NO: 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1-1-13 to 2-1-13

**CASH DISBURSEMENTS DETAIL** — checks    Account No:
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 1-18-13 | 2682 | William Harvey | repairs 2942 Dupont | $849.00 |
| 1-19 | 2683 | Medica | Health insurance | 140.51 |
| 1-19 | 2684 | DHS | prescription | 4.00 |
| 1-19 | 2685 | US Bank | loan payment | 798.49 |
| 1-19 | 2686 | Bergarath HOA | 18407 B.P. | 260.00 |
| 1-19 | 2687 | Ft Myers Water | 9086 Prosperity - wtr | 32.67 |
| 1-19 | 2688 | Pool Patrol | 9086 Prosperity | 95.00 |
| 1-19 | 2689 | Charles Blain | repairs - 3341 Oakland | 307.50 |
| 1-19 | 2690 | NS Appliance | stove - 3015 Colfax | 180.00 |
| 1-19 | 2691 | Reiten Mechanical | 8 furnace draft tests | 1,000.00 |
| 1-19 | 2692 | Karen Harpen | repairs - 323 30th N | 744.06 |
| 1-21 | 2693 | Century Link | shop phone | 36.34 |
| 1-22 | 2694 | Ctr Pt energy | gas bill 2409 Hyde | 172.61 |
| 1-24 | 2695 | Pat Thomas Agency | 1/2 liability insurance | 5,250.00 |
| 1-24 | 2696 | Dist Ct | Eviction 3345 6th St | 322.00 |
| 1-24 | 2697 | Private Bank | pay off 2 car loans | 5,814.10 |
| 1-24 | 2698 | Mpls Wtr | 2219 02r - wtr bill | 114.90 |
| 1-25 | 2650 | Charles Blain | repairs - 323 30th | 480.00 |
| 1-25 | 2651 | Will Harvey | repairs - 819 Newton | 579.00 |
| 1-25 | 2652 | Karen Harpen | repairs - 323 30th | 575.00 |
| 1-25 | 2653 | Rich Thompson | repairs - 819 Newton | 279.00 |
| 1-26 | 2654 | Claudia Meldahl | 18407 B.P. | 800.00 |
| 1-26 | 2655 | US Trustee | Bankruptcy | 325.00 |
| 1-26 | 2656 | Xcel Energy | elec - 2409 Hyde Pr | 178.06 |
| 1-26 | 2657 | Comcast | internet/phone 2409 | 194.11 |
| 1-26 | 2658 | Mpls Wtr | 323 30th | 118.78 |
| 1-26 | 2659 | Gamma Phi Beta | College Housing | 2,700.00 |
| 1-30 | 2660 | Dist Ct | 2811 Newt evict | 322.00 |
| 1-31 | 2662 | Bridgewater Bank | Bring 2 loans current | 12,521.47 |
| 1-31 | 2663 | " " | late fees | 500.00 |

Total Cash Disbursements — checks    $ 50,154.92 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Steven Mulhall    CASE NO: 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1-1-13 to 2-1-13

CASH DISBURSEMENTS DETAIL    _debit charges + other charges_    Account No: _____
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 1-2-13 | | Harland Clarke | check printing | $35.80 |
| 1-2-13 | | Holiday Gas | Truck fuel | 51.82 |
| 1-2 | | Menards | supplies - 2411 Irving | 102.36 |
| 1-2 | | Home Depot | supplies - 2411 Irving | 8.54 |
| 1-2 | | Home Depot | supplies - 2411 Irving | 2.57 |
| 1-2 | | Menards | supplies - 2411 Irving | 58.46 |
| 1-2 | | Walgreens | medicine | 51.17 |
| 1-3 | | Hirshfields Paint | paint - stock | 116.37 |
| 1-3 | | Menards | supplies - 819 Newton | 279.36 |
| 1-3 | | Amazon | office supply | 14.49 |
| 1-4 | | Home Depot | supplies - 2442 Dupont | 83.11 |
| 1-4 | | Office Max | office supplies | 86.82 |
| 1-4 | | Mpls Star | Rental ads | 200.00 |
| 1-7 | | Menards | supplies - 819 Newton | 48.18 |
| 1-7 | | Menards | supplies - 819 Newton | 8.19 |
| 1-7 | | Walgreens | toiletries | 34.46 |
| 1-7 | | AMC | movie | 31.50 |
| 1-7 | | Shell Oil | Truck fuel | 46.46 |
| 1-7 | | Menards | tools | 7.89 |
| 1-8 | | Menards | 3311 Oakland - copper | 292.09 |
| 1-9 | | Subway | lunch card | 30.00 |
| 1-9 | | Menards | supplies 3311 Oakland | 426.06 |
| 1-9 | | Feist Auto | Truck fuel | 30.96 |
| 1-10 | | Amazon | office supply | 79.04 |
| 1-11 | | Walgreens | property pictures | 32.87 |
| 1-14 | | Menards | supplies 1523 Morgan | 324.56 |
| 1-14 | | Holiday | Truck Fuel | 62.98 |
| 1-14 | | Cub Foods | Food | 27.39 |
| 1-14 | | Menards | supplies - 1523 Morgan | 103.63 |
| 1-15 | | Soderlin Plumbing | 3311 Oakland | 89.00 |
| 1-15 | | Menards | 3311 Oakland supplies | 128.66 |
| 1-16 | | Wilson Mutual | Auto insurance | 613.90 |
| 1-16 | | " " | 9 rental insurance | 383.90 |
| 1-16 | | " " | 18407 Bempath - insurance | 307.67 |
| 1-17 | | Home Depot | 323 30th N - supplies | 87.12 |
| 1-17 | | Menards | " | 40.33 |

Total Cash Disbursements sub total this page    $4,327.71 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Steven Mulhall        CASE NO: 12-46965

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 1-1-13 to 2-1-13

Debit charges

**CASH DISBURSEMENTS DETAIL**        Account No: _____
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 1-18-13 | | Menards | 323 30TH N - windows | $ 2,010.78 |
| 1-22-13 | | Holiday Gas | Truck Gas | 55.41 |
| 1-22-13 | | Target | Household | 65.07 |
| 1-22 | | Walgreens | property pictures | 23.69 |
| 1-22 | | Menards | 323 30TH N - supplies | 173.43 |
| 1-23 | | Bad check | 3611 Queen | 312.00 |
| 1-23 | | Hirshfields | 823 30TH - supplies | 57.91 |
| 1-24 | | Home Depot | 323 30TH - supplies | 54.19 |
| 1-25 | | Holiday Gas | Truck Gas | 80.34 |
| 1-28 | | Home Depot | 819 Newton - supplies | 121.96 |
| 1-28 | | Home Depot | " " | 23.10 |
| 1-28 | | Menards | 323 30TH N - supplies | 506.01 |
| 1-29 | | Swarouski | bday gift | 354.01 |
| 1-30 | | Holiday Gas | Truck Gas | 52.56 |
| 1-30 | | Menards | 323 30TH N - supplies | 342.44 |
| 1-30 | | Menards | " " | 18.96 |
| 1-31 | | Of Max | office supplies | 41.29 |
| 1-31 | | Menards | 323 30TH N - supplies | 75.91 |
| 1-31 | | Menards | " " | 34.27 |
| 1-31 | | Wal Mart | cleaning supplies | 136.55 |

Total Cash Disbursements  $ 4,867.57 (1)

Debit card charges

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Steven Meldahl    CASE NO: 12-46965

## Form 2-E
### SUPPORTING SCHEDULES
For Period: 1-1-13 to 2-1-13

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | | | | | |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | | | | | |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | $ | |
| General Liability 71 properties | Acord | $ 300 K | 1-24-14 | $ 3-31-13 |
| Property (Fire, Theft) | Wilson Mutual | $ 1,975 | 11-15-13 | $ 3-15-13 |
| Vehicle | Wilson Mutual | $ 250/500 | 11-15-13 | $ 3-15-13 |
| Other (list): 9 rental | Wilson Mutual | $ 500/1mb | 11-15-13 | $ 3-15-13 |
| 7409 Hyde Park | State Auto | $ 533,000 | 12-27-13 | $ 4-27-13 |

Page 1 of 2
Rev. 01/01/08

DEBTOR: Steven Meldahl                    CASE NO: 12-46965

## Form 2-G
## NARRATIVE
For Period Ending 2-1-13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Evictions dropped from previous month, but still high historically. Have to do lead abatement at 323 30th Ave N which costs double normal remodel costs.