**DEBTOR:** *Steven Meldahl*

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER:** *12-46965*

**Form 2-A**
**COVER SHEET**

For Period Ending *2-28-13*

**Accounting Method:** ☐ Accrual Basis    ☒ Cash Basis

---

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing.  Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee.  A copy of the Report must be filed with the Clerk of Court.  11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☒ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☒ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☒ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: *3-8-13*

Print Name: *Steven Meldahl*

Signature: *Steve M*

Title: *Debtor in possession*

Rev. 01/01/08

**DEBTOR:** _Steven Meldahl_          **CASE NO:** _12-46965_

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _____ to _____

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $ _4,511.81_ | _____ (1) |
| 2. Cash Receipts | | |
| Operations | _25,596.34_ | _____ |
| Sale of Assets | | _____ |
| Loans/advances | | _____ |
| Other | | _____ |
| Total Cash Receipts | $ _25,596.34_ | _____ |
| 3. Cash Disbursements | | |
| Operations | | _____ |
| Debt Service/Secured loan payment | | _____ |
| Professional fees/U.S. Trustee fees | | _____ |
| Other | | _____ |
| Total Cash Disbursements | $ _51,552.14_ | _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | _24,044.20_ | _____ |
| **5 Ending Cash Balance (to Form 2-C)** | $ _35,556.01_ | _____ (2) |

**CASH BALANCE SUMMARY**

|  | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | _____ | $ _____ |
| DIP Operating Account | _____ | _____ |
| DIP State Tax Account | _____ | _____ |
| DIP Payroll Account | _____ | _____ |
| Other Operating Account | _____ | _____ |
| Other Interest-bearing Account | _____ | _____ |
| TOTAL (must agree with Ending Cash Balance above) | _____ | $ _____ |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

DEBTOR: _Steven Mellah/_          CASE NO: _12-46965_

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _____ to _____

**CASH RECEIPTS DETAIL**          **Account No:** [                    ]
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 2-1-13 | Tenants | Rents - see deposits | $ 6,720 |
| 2-4-13 | Same for all | same for all | 12,061 |
| 2-4-13 | | | 5,975 |
| 2-5-13 | | | 6,800 |
| 2-6-13 | | | 4,785 |
| 2-6-13 | | | 1,300 |
| 2-8-13 | | | 4,135 |
| 2-11-13 | | | 5,580 |
| 2-11-13 | | | 3,480 |
| 2-13-13 | | | 3,282 |
| 2-15-13 | | | 2,450 |
| 2-18-13 | | | 1,820 |
| 2-18-13 | | | 6,351.34 |
| 2-21-13 | | | 1,745 |
| 2-25-13 | | | 3,200 |
| 2-22-13 | | | 2,812 |
| 2-27-13 | | | 3,100 |

Total Cash Receipts          $ _75,596.34_ (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** Steven Melkahl                                    **CASE NO:** 12 - 46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 2-1-13 to 3-1-13

CHECKS (1)

**CASH DISBURSEMENTS DETAIL**                    **Account No:** _____
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2-1-13 | 2664 | William Harvey | repairs 2900 Queen | $ 673 |
| 2-1-13 | 2666 | Charles Blain | repairs 323 30TH N | 483 |
| 2-1-13 | 2667 | UW Madison | Bal of tuition | 3,367.60 |
| 2-1-13 | 2668 | QSRS | 1st pmt - loan | 4,312.50 |
| 2-1-13 | 2669 | Wisc Book | 2nd Semester books | 373.45 |
| 2-1-13 | 2670 | Dunnely Co | 3209 stucco repair | 470 |
| 2-1-13 | 2671 | Ctr Pt - Gas | 18407 Gas Bill | 346.43 |
| 2-1-13 | 2672 | Verizon | Cell phone bill | 628.90 |
| 2-1-13 | 2673 | United Health | insurance | 23.26 |
| 2-5-13 | 2674 | MVEC | elec bill - 18407 BP | 334 |
| 2-5-13 | 2675 | Dist Court | Evictions | 644 |
| 2-5-13 | 2676 | Comcast | internet / fax | 219.01 |
| 2-5-13 | 2677 | Welna Hard | 3311 Oakland | 61.98 |
| 2-6-13 | 2678 | Bergforth CC | food | 130.99 |
| 2-6-13 | 2679 | Old Navy | work shirts | 12.65 |
| 2-6-13 | 2680 | Pool Patrol | 9086 Prosperity | 95 |
| 2-6-13 | 2681 | Dist Ct | writ - 3507 Morgan | 55 |
| 2-6-13 | 2682 | Sheriff | 3507 Morgan | 70 |
| 2-8-13 | 2683 | Dist Court | UD - 723 Newton | 322 |
| 2-8-13 | 2684 | William Harvey | repairs - 2960 Queen | 955 |
| 2-8-13 | 2685 | Karen Harpen | repairs - 3507 Morgan | 640 |
| 2-11-13 | 2686 | Dist Court | Evictions | 644 |
| 2-11-13 | 2687 | Dist Court | writ - 3115 Thomas | 55 |
| 2-11-13 | 2688 | Henn Cty Sheriff | writ - 3115 Thomas | 70 |
| 2-13-13 | 2689 | Dist Ct | writ - 2900 Queen | 55 |
| 2-13-13 | 2690 | Henn Cty Sheriff | writ - 2900 Queen | 70 |
| 2-15-13 | 2691 | Karen Harpea | repairs - 3507 Morgan | 532 |
| 2-15-13 | 2692 | William Harvey | repairs - 2900 Queen | 850 |
| 2-15-13 | 2693 | Charles Blain | improvements - 323 30TH | 825 |
| 2-15-13 | 2694 | Rich Thompson | repairs - 2900 Queen | 337 |
| 2-15-13 | 2695 | Claudia Melkahl | household | 800 |
| 2-16-13 | 2696 | Comcast | 9086 Prosperity | 232.62 |
| 2-16-13 | 2697 | FPL | elec - 9086 Prosperity | 86.51 |
| 2-16-13 | 2698 | City of Ft Myers | wtr - 9086 Prosperity | 32.74 |
| 2-16-13 | 2699 | US Bank | liv expenses - (La) | 1,140.87 |
| 2-16-13 | 2700 | NE Hard | maintenance supplies | 1,500 |

Total Cash Disbursements
sub-total                                    $ 21,448.51 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

**DEBTOR:** *Steven Mellahl*        **CASE NO:** *12 - 46965*

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: *2-1-13* to *3-1-13*

*CHECKS* ②

**CASH DISBURSEMENTS DETAIL**        **Account No:** ____  ____
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|---------------------|--------|
| 2-15-13 | 2701 | Bridgewater Bank | 18407 Bexport | $ 3,426.66 |
| 2-15-13 | 2702 | " " | new loan pmt | 1,226.71 |
| 2-16-13 | 2703 | Ryan Laniel | elec repair 3709 2nd | 107 |
| 2-16-13 | 2704 | DHS | medical | 4 |
| 2-16-13 | 2705 | City of Mpls | ordinance copy | 12.95 |
| 2-19-13 | 2706 | Dist Ct | writ -2711 Fremont | 55 |
| 2-19-13 | 2707 | Henn Cty | writ - 2711 Fremont | 70 |
| 2-21-13 | 2708 | QSRS Capital | 2 of 10 payment | 4312.50 |
| 2-21-13 | 2709 | Off Berk | Asbestos removal 425 24th | 1,125 |
| 2-21-13 | 2710 | Medical | Health Insurance | 140.31 |
| 2-21-13 | 2711 | Comcast | 7409 Ande Pine | 194.11 |
| 2-21-13 | 2712 | Mpls Wtr | 323 30th | 134 |
| 2-21-13 | 2713 | Pat Thomas Agency | Liability Insurance | 2,500 |
| 2-21-13 | 2714 | Eden Prairie Wtr | 18407 Bexport | 386.35 |
| 2-21-13 | 2715 | Dist Ct | UD -2811 Newton | 322 |
| 2-21-13 | 2716 | " " | writ - 2018 11th S | 55 |
| 2-21-13 | 2717 | Henn Cty Sheriff | writ 2018 11th S | 70 |
| 2-21-13 | 2718 | Dr Anderson | chiropractor | 93 |
| 2-22-13 | 2719 | Karen Hanpen | 3507 Morgan - repairs | 615 |
| 2-22-13 | 2720 | William Harvey | repairs - 928 Morgan | 1,080 |
| 2-22-13 | 2721 | Charles Blair | 323 30th - new bath | 525 |
| 2-22-13 | 2722 | Dist Ct | 2 - writs | 110 |
| 2-22-13 | 2723 | Ctr Pt Gas | 7409 Ande Pine | 163.28 |
| 2-22-13 | 2724 | Bexport HOA | 18407 Bexport Tn | 260 |
| 2-22-13 | 2725 | Mpls Tribune | Ads to rent | 79.30 |
| 2-22-13 | 2726 | Pool Patrol | 9086 Prosperity - pump | 500 |
| 2-25-13 | 2727 | Tabita Iverson | cleanups - 3 rentals | 920.80 |
| 2-25-13 | 2728 | DVS | tabt - 3 vehicles | 126 |
| 2-25-13 | 2729 | Cent Linic | shop phone | 36.36 |
| 2-25-13 | 2730 | Xcel | 7409 elec | 143.91 |
| 2-25-13 | 2731 | Henn Cty Sheriff | 3313 Lyndale - writ | 70 |
| 2-27-13 | 2732 | Verizon | cell phone bill | 614.93 |
| 2-27-13 | 2733 | Visa | UW Madison bill | 381.86 |
| 2-28-13 | 2734 | Dist Court | writ 3345 6th St | 55 |
| | | | | |
| | | | | |
| | | | | |

**Total Cash Disbursements**        $ *41,364.24* _(1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR: _Steven Melkhl_                          CASE NO: _12 - 46965_

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _2-1-13_ to _3-1-13_                    ①

_Debit & other charges_

**CASH DISBURSEMENTS DETAIL**          **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2-1-13 | | Netflix | 18407 Beaport Pl | $ 16.5C |
| 2-1-13 | | Pipeline Supply | Furnace - 2306 Ames | 565.36 |
| 2-1-13 | | Walgreens | pics - damages 6900 Queen | 23.01 |
| 2-4-13 | | Holiday | gas - work | 39.79 |
| 2-4-13 | | Menards | supplies - 2900 Queen | 312.48 |
| 2-4-13 | | Holiday | gas - work | 49.12 |
| 2-4-13 | | Comcast | cable - 1000C Otxhurst | 176.68 |
| 2-4-13 | | Menards | supplies 2900 Queen | 45.27 |
| 2-5-13 | | Target | food | 48.33 |
| 2-6-13 | | OfMAx | office supplies | 29.5C |
| 2-6-13 | | Menards | 2900 Queen | 74.77 |
| 2-6-13 | | UPS | stamp for deposits | 23.61 |
| 2-6-13 | | USPS | stamps | 46 |
| 2-7-13 | | Home Depot | 3507 Morgan | 307 |
| 2-7-13 | | Southdale Pet | Dog bed - 18407 BP | 643.68 |
| 2-7-13 | | Of MAx | supplies | 11.58 |
| 2-8-13 | | Shell Oil | gas - work | 44.95 |
| 2-8-13 | | Nordstrom | Valentine present | 467.33 |
| 2-8-13 | | Home Depot | supplies - 3507 Morgan | 177.20 |
| 2-11-13 | | Holiday | truck gas | 54.31 |
| 2-11-13 | | Service 1st | Insurance 1000C Otxhurst | 856 |
| 2-11-13 | | Walgreens | pics - 3507 Morgan | 38.49 |
| 2-11-13 | | Shell Oil | truck gas | 50.90. |
| 2-13-13 | | Menk | supplies 323 30th | 270.91 |
| 2-13-13 | | Menk | supplies 323 30th | 106.73 |
| 2-14-13 | | Home Depot | supplies 323 30th | 97.84 |
| 2-14-13 | | Holiday | truck gas | 60.20 |
| 2-14-13 | | Menards | supplies 323 30th | 31.98 |
| 2-19-13 | | Home Depot | " " | 18.25 |
| 2-19-13 | | Holiday | truck gas | 49.51 |
| 2-19-13 | | Home Depot | supplies 323 30th | 254.51 |
| 2-19-13 | | Menards | " " | 46.71 |
| 2-19-13 | | Hirshfields | " " | 105.11 |
| 2-19-13 | | Macys | Birthday present | 522 |
| 2-19-13 | | Wilson Mutual | Insurance - rentals | 613.90 |
| 2-19-13 | | " | Insurance - 18407 BP | 383.90 |

**Total Cash Disbursements**  _subtotal_   $ _6,663.53_  (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR: *Steven Melkehl*                    CASE NO: *12 - 46965*

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: *2-1-13* to *3-1-13*

*Debits & other charges*   ②

**CASH DISBURSEMENTS DETAIL**                    Account No:
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2-19-13 | | Wilson Mutual | Auto insurance | $ 307.67 |
| 2-20-13 | | Menards | 528 Morgan - supplies | 297.15 |
| 2-20-13 | | " | " " | 105.99 |
| 2-21-13 | | Holiday | Truck Gas | 70.22 |
| 2-21-13 | | Home Depot | 528 Morgan - supplies | 99.86 |
| 2-22-13 | | Menards | 528 Morgan " " | 517.32 |
| 2-25-13 | | Home Depot | | 389.91 |
| 2-25-13 | | Sign Gallery | trip points | 80 |
| 2-25-13 | | Kwik Trip | truck gas | 125.62 |
| 2-25-13 | | Walgreens | food - prescription | 89.56 |
| 2-25-13 | | " " | pics 528 Morgan | 13.52 |
| 2-26-13 | | Home Depot | 323 30th supplies | 258.57 |
| 2-26-13 | | Target | food | 27.67 |
| 2-26-13 | | Hirshfields | 323 30th - supplies | 57.91 |
| 2-27-13 | | Kwik Trip | truck gas | 53.16 |
| 2-27-13 | | Menards | 323 30th supplies | 59.85 |
| 2-27-13 | | Menards | 2 stoves/dishwasher 425 24th | 970.41 |

Total Cash Disbursements    $ *10,187.90* (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR: _Steven Meldahl_          CASE NO: _12-46965_

### Form 2-G
## NARRATIVE
#### For Period Ending _3-1-13_

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Evictions and payment plans getting better.
Just finished asbestos removal and new
furnaces at 425 24th N & rerented.
Finishing up remodel and lead abatement
in 323 36th N - both units rented for
April 1