DEBTOR: Steven Meldahl

CASE NUMBER: 12-46965

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending 3-31-13

Accounting Method:  ☐ Accrual Basis   ☒ Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court.  11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☐ | ☒ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☒ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☒ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 4-17-13    Print Name: Steven Meldahl

Signature: [signature]

Title: Debtor in possession

Rev. 01/01/08

**DEBTOR:** Steven Meldahl  **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3-1-13 to 3-1-13 [sic, likely 4-1-13]

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 35,556.01 | _____ (1) |
| 2. Cash Receipts | | |
|    Operations | 72,614.57 | |
|    Sale of Assets | | |
|    Loans/advances | | |
|    Other | | |
|    Total Cash Receipts | $ 72,614.57 | |
| 3. Cash Disbursements | | |
|    Operations | | |
|    Debt Service/Secured loan payment | | |
|    Professional fees/U.S. Trustee fees | | |
|    Other | | |
|    Total Cash Disbursements | $ 53,359.59 | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 19,254.98 | |
| 5. Ending Cash Balance (to Form 2-C) | $ 54,810.99 | _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ |
| DIP Operating Account | | |
| DIP State Tax Account | | |
| DIP Payroll Account | | |
| Other Operating Account | | |
| Other Interest-bearing Account | | |
| TOTAL (must agree with Ending Cash Balance above) | | $ |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 01/01/08

**DEBTOR:** Steven Mellahl     **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3-1-13 to 4-1-13

**CASH RECEIPTS DETAIL**     **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 3-2-13 | Tenants - same | Rents - sec deposits | $ 8094.06 |
| 3-4-13 | for all below | same for all | 11,943 - |
| 3-4-13 | | | 6,648 - |
| 3-6-13 | | | 3,600 - |
| 3-6-13 | | | 3,500 - |
| 3-6-13 | | | 6,836 - |
| 3-7-13 | | | 6,530 - |
| 3-8-13 | | | 1,475 - |
| 3-9-13 | | | 1,000 - |
| 3-11-13 | | | 4,270 - |
| 3-12-13 | | | 2,086 - |
| 3-13-13 | | | 4,757 - |
| 3-14-13 | | | 1,535 - |
| 3-18-13 | | | 1,792 - |
| 3-20-13 | | | 460 - |
| 3-21-13 | | | 2,215 - |
| 3-25-13 | | | 2,494 - |
| 3-27-13 | | | 995 - |
| 3-28-13 | | | 2,384.51 |

**Total Cash Receipts**     $ 72,614.57 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

**DEBTOR:** Steven Meldahl     **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3-1-13 to 4-1-13

CHECKS pg 1

**CASH DISBURSEMENTS DETAIL**     **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3-1-13 | 2735 | William Harvey | 323 30TH N - repairs | $1,084 - |
| 3-1-13 | 2736 | Chuck Blain | " " | 567.50 |
| 3-1-13 | 2737 | Karen Harper | 2946 Grafary - repair | 635 - |
| 3-1-13 | 2738 | Century Link | shop phone | 82.83 |
| 3-1-13 | 2739 | Martin Supply | 425 24TH N - boiler | 559 - |
| 3-2-13 | 2741 | Ctr Pt | 615 - 18407 Bearpath | 364.10 |
| 3-2-13 | 2742 | Don Castro | 425 24TH - boiler | 1,000 - |
| 3-3-13 | 2743 | Claudia Meldahl | household | 1,200 - |
| 3-3-13 | 2744 | MVEC | elec - 18407 Bearpath | 312 - |
| 3-3-13 | 2745 | Steve Meldahl | Household | 250 - |
| 3-4-13 | 2746 | United Health | insurance | 23.26 |
| 3-4-13 | 2747 | Welna Hardware | 2539 12TH S - repair | 35.47 |
| 3-4-13 | 2748 | NE Hardware | maintenance | 1,257.67 |
| 3-5-13 | 2749 | Dist Ct | UD - 2711 Fremont | 322 - |
| 3-6-13 | 2750 | Comcast | 18407 Bearpath | 219.01 |
| 3-6-13 | 2751 | BP HOA | " " | 216.28 |
| 3-6-13 | 2752 | Pool Patrol | 9086 Prosperity | 473.41 |
| 3-8-13 | 2753 | Shulman Law | 2012 assess appeal | 1,533.76 |
| 3-8-13 | 2754 | Dist Ct | writ - 3115 Thomas | 55 |
| 3-8-13 | 2755 | Steve Nosek | atty fees | 4,000 |
| 3-8-13 | 2756 | Will Harvey | 323 30TH - repairs | 1,042 |
| 3-8-13 | 2757 | Karen Harper | 2711 Fremont - Vrептп | 592 |
| 3-9-13 | 2758 | Bridgewater BK | 18407 Bearpath pmt | 3,426.46 |
| 3-9-13 | 2759 | Charles Blain | 323 30TH - repairs | 571 - |
| 3-9-13 | 2760 | Bridgewater BK | loan pmt | 1,226.71 |
| 3-11-13 | 2761 | Sheriff | writ 2711 Fremont | 70 - |
| 3-13-13 | 2762 | Henry Cousins | rent - pmer - 2315 Aldrich | 30 - |
| 3-13-13 | 2763 | Colonial CC | cable - 10006 Orchwest | 143.23 |
| 3-13-13 | 2764 | FPL | elec 9086 Prosperity | 84.89 |
| 3-13-13 | 2765 | Red Cross | donation | 19 - |
| 3-13-13 | 2766 | Ft Myers Wtr | 9086 bill | 32.74 |
| 3-13-13 | 2767 | Mpls Wtr | 425 24TH | 116.31 |
| 3-13-13 | 2768 | " " | 2219 29TH | 97.65 |
| 3-13-13 | 2769 | " " | 323 36TH | 114.71 |
| 3-15-13 | 2770 | Private BK | 2nd mtg 18407 Bearpath | 1,655.60 |
| 3-15-13 | 2771 | " " | loan payment | 1,075.86 |

Total Cash Disbursements Subtotal  $ 24,487.95 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR: Steven Meldahl    CASE NO: 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3-1-13 to 4-1-13

checks pg 2

**CASH DISBURSEMENTS DETAIL**    Account No: ___
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3-15-13 | 2772 | US Bank | Living Expenses - Wisc | $243.08 |
| 3-15-13 | 2773 | Costco | Annual dues | 55- |
| 3-15-13 | 2775 | William Harvey | 323 30th N -repair | 973- |
| 3-15-13 | 2776 | Karen Harper | 2315 Aldrich -repair | 916- |
| 3-15-13 | 2777 | Charles Blair | 323 30th -repair | 450- |
| 3-15-13 | 2778 | Comcast | 9686 Prosperity | 120.31 |
| 3-15-13 | 2779 | Tabitha Suverson | cleanup -2315 Ald | 980- |
| 3-16-13 | 2780 | Claudia Meldahl | Household | 750- |
| 3-18-13 | 2781 | Comcast | 7409 Hyde Park | 194.11 |
| 3-18-13 | 2782 | Medica | Health Ins | 140.31 |
| 3-18-13 | 2783 | State Auto Ins | 7409 Hyde Park | 521.34 |
| 3-18-13 | 2784 | Pat Thomas Agency | Liability Ins. | 2,445.20 |
| 3-19-13 | 2785 | Dist Ct | UD - 2735 Queen | 322- |
| 3-20-13 | 2786 | " " | UD - 723 Newton | 322 |
| 3-20-13 | 2787 | IRS | Mollie tax | 211 |
| 3-21-13 | 2788 | Ryan Laniel | 3743 Bryant -elec | 65 |
| 3-21-13 | 2789 | Edina Wtr | 7409 Hyde Park | 103.46 |
| 3-21-13 | 2790 | Ryan Laniel | 2931 Oliver -elec | 55- |
| 3-22-13 | 2791 | Mpls Lead | 3111 upton | 100- |
| 3-22-13 | 2792 | Will Harvey | 323 30th -repair | 1,167 |
| 3-22-13 | 2793 | Karen Harper | 2711 Fremont -repair | 955 |
| 3-22-13 | 2794 | Charles Blair | 323 30th -repair | 577 |
| 3-23-13 | 2795 | DVS | tabs -truck | 42 |
| 3-23-13 | 2796 | Ctr Pt | Gas - 7409 Hyde Pk | 127.91 |
| 3-23-13 | 2797 | " " | " 18467 Bearpath | 291.51 |
| 3-23-13 | 2798 | Cent Link | phone - shop | 36.36 |
| 3-23-13 | 2799 | Don Costo | 425 - Boiler | 820.60 |
| 3-27-13 | 2700 | Blue Pearl | surgery | 2,148.70 |
| 3-28-13 | 2701 | Tabitha Suverson | cleanup - 323 30th | 840- |
| 3-28-13 | 2702 | Claudia Meldahl | Household | 1,000- |
| | | | subtotal | $17,022.89 |

Total Cash Disbursements    $41,510.84 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Steven Meldahl  CASE NO: 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3-1-13 to 4-1-13

Debit/Other charges pg 1

**CASH DISBURSEMENTS DETAIL**  Account No:
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3-1-13 | | Johnstone Supply | Boiler - 425 24th | $1,216.46 |
| 3-1-13 | | Netflix | 18407 Bemporth | 16.56 |
| 3-1-13 | | Menards | 323 supplies | 97.81 |
| 3-4-13 | | Brunswick | B-day | 39.89 |
| 3-4-13 | | Kwik Trip | Gas - Truck | 116.49 |
| 3-4-13 | | Menards | supplies - 323 30th | 327.99 |
| 3-4-13 | | Walgreens | pictures - damages | 43.65 |
| 3-6-13 | | Home Depot | 2711 Fremont | 65.73 |
| 3-6-13 | | Waco Repair | Truck repair | 308.50 |
| 3-6-13 | | Menards | 323 30th | 556.68 |
| 3-7-13 | | Bounced check | 3313 Lyndale | 962 - |
| 3-7-13 | | Target | medicine | 44.06 |
| 3-7-13 | | Hirshfields | 2711 Fremont | 57.91 |
| 3-11-13 | | Inspecta | Background checks | 160 - |
| 3-11-13 | | TJ Max | office supplies | 82.16 |
| 3-11-13 | | Menards | 323 30th W | 232.45 |
| 3-11-13 | | Holiday | Gas - Truck | 53.86 |
| 3-11-13 | | Menards | 323 30th N | 156.71 |
| 3-11-13 | | Home Depot | 323 30th N | 8.54 |
| 3-12-13 | | Hirshfields | paint - 3313 Lyndale | 238.67 |
| 3-12-13 | | Menards | 323 30th N | 325.55 |
| 3-13-13 | | Marathon | Truck Gas | 93.68 |
| 3-13-13 | | Cub Foods | Food | 28.83 |
| 3-14-13 | | Menards | 323 30th N | 151.12 |
| 3-15-13 | | AT&T | Data | 14.99 |
| 3-18-13 | | TJ Max | office supplies | 90.06 |
| 3-18-13 | | Home Depot | 323 30th N | 152.77 |
| 3-18-13 | | Walgreen's | medicine | 80.28 |
| 3-18-13 | | Menards | 2711 Fremont | 94.65 |
| 3-18-13 | | " | " | 250.11 |
| 3-18-13 | | " | " | 300.88 |
| 3-18-13 | | Redstone | Bday - Adam | 38.25 |
| 3-18-13 | | Menards | 323 30th N | 160.26 |
| 3-18-13 | | Wilson Mutual | Insurance pmt | 613.90 |
| 3-18-13 | | " " | " | 383.90 |
| 3-18-13 | | " " | " | 307.67 |

Total Cash Disbursements sub total $ 7,872.42 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** Steven Meldahl  **CASE NO:** 12-46965

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 3-1-13 to 4-1-13

Debit / other charges pg 2

**CASH DISBURSEMENTS DETAIL**   **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3-19-13 | | Holiday | Gas - Truck | $ 55.82 |
| 3-19-13 | | Home Depot | 323 30th N | 20.14 |
| 3-19-13 | | Menards | " " | 80.43 |
| 3-20-13 | | Home Depot | " " | 62.50 |
| 3-20-13 | | Menards | " " | 21.58 |
| 3-21-13 | | HEI Collision | Truck repair | 225.10 |
| 3-21-13 | | Menards | 2711 Fremont | 57.52 |
| 3-22-13 | | Old Colony | Gas - Truck | 100 - |
| 3-22-13 | | USPS | Stamps | 46 - |
| 3-22-13 | | Best Buy | printer ink | 171.63 |
| 3-25-13 | | The Jingle | program | 24.95 |
| 3-25-13 | | Menards | 2811 Fremont | 49.39 |
| 3-25-13 | | Walgreens | medicine | 49.23 |
| 3-25-13 | | Menards | 3019 Upton | 499.82 |
| 3-25-13 | | " | " " | 232.54 |
| 3-25-13 | | Venture | camera | 50 |
| 3-25-13 | | Target | medicine | 22.98 |
| 3-25-13 | | Dist Ct | UDs | 644 - |
| 3-26-13 | | Exxon | Gas - Truck | 32.46 |
| 3-26-13 | | Inkjets | office | 45.44 |
| 3-26-13 | | Chili's | Fancy dinner | 34.75 |
| 3-27-13 | | Menards | 3019 Upton | 469.75 |
| 3-28-13 | | Home Depot | 2711 Fremont | 74.50 |
| 3-28-13 | | Holiday | Gas - Truck | 54.23 |
| 3-28-13 | | Menards | 323 30th | 229.82 |
| 3-29-13 | | Home Depot | " " | 236.18 |
| 3-29-13 | | " | " " | 108.82 |
| 3-29-13 | | Menards | " " | 141.55 |
| 3-29-13 | | " | " " | 130.20 |

Total Cash Disbursements subtotal $ 3,976.33 (1)

Total $11,848.75

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: Steven Meldahl      CASE NO: 12-46965

### Form 2-E
### SUPPORTING SCHEDULES
For Period: _____ to _____

#### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | | | | | |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS | $ | | | | | |

(1) *For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

#### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | $ |
| General Liability | Acord | $ 300K | 1-24-14 | $ 1-24-14 |
| Property (Fire, Theft) | Wilson Mutual | $ 1,975 | 11-15-13 | $ 5-15-13 |
| Vehicle | Wilson Mutual | $ 250K/500K | 11-15-13 | $ 5-15-13 |
| Other (list): 9 rental | Wilson Mutual | $ 500K | 11-15-13 | $ 5-15-13 |
| 7409 Hyde Park | State Auto | $ 533K | 12-27-13 | $ 5-15-13 |

Page 1 of 2
Rev. 01/01/08

DEBTOR: Steven Meldahl          CASE NO: 12-46965

## Form 2-G
## NARRATIVE
For Period Ending 3-31-13

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Finished Lead abatement and remodel of 323 30th Ave N. Evictions trending up again. Started remodel of 3019 Upton after 14 year tenant moved out.